United States District Court
Western District of Texas
Austin
Deficiency Notice

| | |
|---|---|
| To: | Choate, Christopher M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, May 17, 2024 |
| Re: | 01:24-CV-00523-RP / Doc # 1 / Filed On: 5/16/2024 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

1) The Complaint you filed is deficient because the JS44 is not attached.  This form can be located on our website.  Please prepare and electronically submit the JS44 using the event located at Civil Events -Other Filings - Other Documents - JS44.  This form is required for civil cases filed in the Western District of Texas.