AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Students for Justice in Palestine at the University of Ho )
*Plaintiff* )
v. ) Case No. 1:24-cv-00523
Greg Abbott, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs .

Date: 05/17/2024

/s/ Lena Masri
*Attorney's signature*

Lena Masri MI P73461
*Printed name and bar number*

453 New Jersey Ave SE
Washington, DC 20003

*Address*

civilrights@cair.com
*E-mail address*

(202) 742-6420
*Telephone number*

(202) 379-3317
*FAX number*