IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

This case was assigned to the undersigned through random assignment. The undersigned teaches a criminal law course at the University of Texas School of Law once a year for which he is nominally compensated. In accordance with and pursuant to Canon 3(C) of the Code of Conduct for United States Judges and pursuant to 28 U.S.C. § 455(a), the undersigned directs the parties to appear by phone for a status conference on **Wednesday, May 29, 2024 at 1:45pm**.

**IT IS ORDERED** that counsel for Plaintiffs shall be responsible for notifying Defendants of this order and the upcoming conference.

The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number: 888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their

1

scheduled conference, attorneys should call in with their phones on "mute" and wait for the

Courtroom Deputy to call this case before they speak.

     **SIGNED** on May 21, 2024.

 

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE