UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Students for Justice in Palestine, at the University of Houston, et al § § § § § | NO: AU:24-CV-00523-RP |
| vs. | |
| Greg Abbott et al | |

O R D ER

**BE IT REMEMBERED** on this the 21st day of May, 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Justin Sadowsky, counsel for Democratic Socialists of America, Students for Justice in Palestine, at the University of Houston, Students for Justice in Palestine, at the University of Texas at Dallas. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Justin Sadowsky may appear on behalf of Democratic Socialists of America, Students for Justice in Palestine, at the University of Houston, Students for Justice in Palestine, at the University of Texas at Dallas. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 21st day of May, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE