IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § | |
| Defendants. | § § | |

### DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Defendants, Greg Abbott; The University of Houston; The University of Houston Board of Regents and its members: Tilman Fertitta, Alonzo Cantu, John A. McCall, Jr., Beth Madison, Ricky Raven, Jack B. Moore, Tammy D. Murphy, and Gregory C. King; Rene Khator; University of Texas System Board of Regents and its members: Kevin Eltife, Janiece Longoria, James C. Weaver, Christina Melton Crain, Jodie Lee Jiles, Kelcy L. Warren, Nolan Perez, Stuart W. Stedman, and Robert P. Gauntt; and Taylor Eighmy, file this Notice of Appearance of Counsel, giving notice of the appearance of the following Assistant Attorney General as counsel of record, licensed to practice law in the State of Texas and a member in good standing of the State Bar of Texas:

Todd Dickerson
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
Todd.Dickerson@oag.texas.gov

Defendants ask that the Clerk of this Court and all counsel of record take notice of this appearance of counsel for Defendants, and respectfully request that the Court serve the undersigned counsel with all court-issued notices, all pleadings and other filings, and all other communications with respect to this lawsuit.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | /s/ Todd Dickerson<br>**COLE P. WILSON**<br>Assistant Attorney General |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Attorney-in-charge<br>Texas State Bar No. 24122856<br>Cole.Wilson@oag.texas.gov |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | **TODD DICKERSON**<br>Assistant Attorney General<br>Texas State Bar No. 24118368 |
| **KIMBERLY GDULA**<br>Chief, General Litigation Division | Todd.Dickerson@oag.texas.gov |

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Defendants*

### Certificate of Service

I certify that a copy of the document above was served on all counsel of record who have entered an appearance on May 30, 2024, using the Federal Court CM/ECF system.

/s/ Todd Dickerson