IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants collectively move the Court to extend their deadline to file a responsive pleading to Plaintiffs' Complaint through July 29, 2024. Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief requested in this motion, and Plaintiffs are unopposed.

1. Plaintiffs filed their Complaint on May 16, 2024. (Doc. 1).

2. On May 28, Plaintiffs served Governor Abbott with their Complaint and a Summons while counsel were actively conferring on a possible waiver of service.

3. Currently, Governor Abbott must respond to the Complaint on or before June 18, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. On May 29, counsel agreed to accept service of Plaintiffs' Complaint by email for all unserved Defendants, and Plaintiffs correspondingly agreed to a single response deadline for Defendants for July 29, 2024.

5. After reaching that agreement, counsel accepted service for all remaining Defendants on May 30, who currently must respond to the Complaint on or before June 20, 2024. *Id.*

6. Accordingly, Plaintiffs are unopposed to setting all Defendants' deadline to respond to the Complaint by a motion to dismiss or answer on or before July 29, 2024.

7. This is Defendants' first request for such an extension.

8. If granted, Defendants will respond to Plaintiffs' Complaint on or before July 29, 2024.

WHEREFORE, Defendants respectfully request that the Court extend their deadline to file a motion to dismiss or answer in response to Plaintiffs' Complaint through July 29, 2024.

Dated: May 31, 2024
Austin, Texas

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Cole P. Wilson*
**COLE P. WILSON**
Assistant Attorney General
Texas State Bar No. 24122856
Attorney-in-charge
Cole.Wilson@oag.texas.gov

**TODD DICKERSON**
Assistant Attorney General
Tex. State Bar No. 24118368
Todd.Dickerson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

I certify that the parties have conferred regarding the relief requested in this motion, and that Plaintiffs are unopposed to the relief requested herein.

*/s/ Cole P. Wilson*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record on May 31, 2024, using the Federal Court CM/ECF system.

*/s/ Cole P. Wilson*