IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STUDENTS FOR JUSTICE IN
PALESTINE AT THE UNIVERSITY OF
HOUSTON, et al.,

      Plaintiffs,

v.

GREG ABBOTT, *in his official capacity only as
the Governor of the State of Texas*, et al.,

      Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 1:24-CV-523-RP

## ORDER

Before the Court is *Defendants' Unopposed Motion to Extend Deadline to Respond to Plaintiffs' Complaint*. Defendants collectively request an extension of time to respond to Plaintiffs' Complaint (Doc. 1) through July 29, 2024. Plaintiffs, through their counsel, are unopposed to this relief. After due consideration, the Court finds said motion meritorious.

It is hereby **ORDERED** that Defendants' deadline to file an answer or motion to dismiss in response to Plaintiffs' Complaint (Doc. 1) is July 29, 2024.

      **SIGNED** on _____, 2024.

_____
**HON. ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE