IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Students for Justice in Palestine, at the University of Houston**, et. al<br><br>Plaintiffs,<br><br>v.<br><br>**Greg Abbott**, et. al<br><br>Defendants. | Case No. 1:24-cv-00523-RP<br><br>Hon.: Judge Pitman |

## JOINT STATUS REPORT

Plaintiffs and Defendants, by and through the undersigned counsel, hereby file this joint status report, per the Court's directions during its May 29th status conference. After conferring, the parties have no objection to Judge Pitman's assignment to this case, and waive any grounds for objecting to the assignment based on Judge Pitman's association with University of Texas School of Law.

Respectfully submitted,

\_\_\_/s/Lena Masri_____
Lena Masri
Gadeir Abbas*
Justin Sadowsky
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave SE
Washington, D.C. 20003
T: (202) 488-8787
ldf@cair.com

*Licensed in VA; not in D.C., practice limited to federal matters

*Counsel for Plaintiffs*

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Cole P. Wilson*<br>**COLE P. WILSON**<br>Assistant Attorney General<br>Texas State Bar No. 24122856<br>Attorney-in-charge<br>Cole.Wilson@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | **TODD DICKERSON**<br>Assistant Attorney General<br>Tex. State Bar No. 24118368<br>Todd.Dickerson@oag.texas.gov |
| **KIMBERLY GDULA**<br>Chief, General Litigation Division | Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1309 \| Fax: (512) 320-0667 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **JACOB E. PRZADA**<br>Special Counsel<br>Texas State Bar No. 24125371<br>Jacob.Przada@oag.texas.gov |
| **RYAN WALTERS**<br>Chief, Special Litigation Division | Office of the Attorney General<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 |
| | *Counsel for Defendants* |

**Certificate of Service**

I hereby certify that on this 5th day of June 2024, I electronically filed the foregoing with Clerk of Court using the CM/ECF system, which caused a notification of the filing to be sent to all CM/ECF participants.

Dated: June 5, 2024 /s/ Lena Masri
Lena Masri