# Exhibit B

Affidavit of Frances Bolger, Board Member of Students for Justice in Palestine at the University of Houston

I, Frances Bolger, am over the age of 18, a resident of Texas, and do hereby state under penalty of perjury that the following is true and accurate to the best of my knowledge and memory. I testify that:

1. My name is Frances Bolger. I am a student at the University of Houston and a board member of Students for Justice in Palestine at the University of Houston (UH SJP).
2. UH SJP has organized protests and events at the University of Houston to bring attention to the ongoing genocide and apartheid of Palestinians in Gaza at the hands of the State of Israel.
3. At these protests and events, UH SJP board members and general members have criticized the state of Israel through chants and signs, referring to Israel as a racist state founded through the ethnic cleansing of indigenous Palestinians.
4. UH SJP will continue to hold and organize protests and events where we criticize Israel and refer to Israel as a racist state.
5. At these protests and events, UH SJP board members and general members have chanted the slogan "[f]rom the river to the sea, Palestine will be free," an aspirational call to Palestinian freedom and liberation.
6. UH SJP will continue to hold and organize protests and events where the slogan "from the river to the sea, Palestine will be free" is chanted.
7. On April 17th, 2024, UH SJP met with administrative officials at the University of Houston where we were notified that the school intended to change its policies related to free expression and anti-discrimination in direct response to Executive Order GA-44. On May 17th, UH Board of Regents held a meeting for the UH System where they officially announced the updated policies..
8. Since Greg Abbott signed GA-44 on March 27, 2024, UH SJP has experienced increased hostility and repression of speech from officials at the University of Houston.
    a. On April 22nd, UH SJP organized a sit-in at the University's student center where we held up signs and taped up banners like those described above, including a sign that read "From the River to the Sea, Palestine will be Free." At first, the Associate Director of the Student Center approached us and stated that taping or affixing signs would be a violation of school policies so we, instead, held any signs that we had. Later, campus police removed us from the student center altogether at the direction of university officials despite our compliance with school policies.
    b. On another day, "Disclose, Divest" was written on the side of a brick building. This was not done by a UH SJP member. University officials approached UH SJP threatening to punish us despite our insistence we were not involved. The university officials suggested that any action related to Palestine will be traced back to us.

    c. On May 8th, 2024, as part of a larger nationwide movement, UH SJP set up an encampment on campus to call attention to the ongoing genocide of Palestinians in Gaza. Within hours, campus police violently dispersed the encampment, despite it being entirely peaceful. Two students, including myself, were arrested.

I, Frances Bolger, swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

Dated: June 26, 2024                                  /s/ Frances Bolger
                                                                                Frances Bolger