# Exhibit C

Affidavit of Jenna Homsi, Steering Committee Member of the Palestine Solidarity Committee at the University of Texas

I, Jenna Homsi, am over the age of 18, a resident of Texas, and do hereby state under penalty of perjury that the following is true and accurate to the best of my knowledge and memory. I testify that:

1. My name is Jenna Homsi. I was a student at the University of Texas at Austin during the 2023-2024 academic year and a steering committee member of the Palestine Solidarity Committee at the University of Texas at Austin (UT PSC).
2. UT PSC has organized protests and events at the University of Texas at Austin to bring attention to the ongoing genocide of Palestinians at the hands of the state of Israel.
3. At these protests and events, UT PSC steering committee members and general members have criticized the state of Israel through chants and signs, referring to Israel as a racist state founded through the ethnic cleansing of indigenous Palestinians.
4. UT PSC will continue to hold and organize protests and events where we criticize Israel and refer to Israel as a racist state.
5. At these protests and events, UT PSC steering committee members and general members have chanted and displayed on signs the slogan "from the river to the sea, Palestine will be free," an aspirational call to Palestinian freedom and liberation.
6. UT PSC will continue to hold and organize protests and events where the slogan "from the river to the sea, Palestine will be free" is chanted and displayed on signs.
7. At these protests and events organized by UT PSC, protestors have displayed signs comparing Benjamin Netanyahu, the Prime Minister of Israel and for whom the International Criminal Court is currently seeking an arrest warrant, to Hitler. UT PSC board members support the right of protest attendees to make that comparison.
8. UT PSC will continue to hold and organize protests and events where signs comparing Netanyahu to Hitler are displayed.
9. Since Greg Abbott signed GA-44 on March 27, 2024, UT PSC has experienced increased hostility and repression of speech from officials at the University of Texas at Austin.
    a. Israel Apartheid Week
        i. On the week of April 2, 2024, UT PSC held its annual Israel Apartheid Week (IAW). During IAW in the past, UT PSC has protested Hillel's Israel Block Party, a celebration of the founding of Israel, because the Israel Block Party erases the ethnic cleansing of Palestinians in the story of Israel. The protest has taken place across the street from the Israel Block Party. This year, prior to the protest, campus officials preemptively reached out to UT PSC to inform us that we were not allowed to protest across the street. The ostensible reason provided by university officials for requiring us to move the protest was that it

    would be a fire hazard, but we've held this protest in the same location in past years without any issues.
- b. Day of Action
    - i. UT PSC planned the "Day of Action" for April 24, 2024. The marketing for the event directed students who wished to participate to engage in walkouts and to gather on the University's South Lawn at a specific time. The flyers asked students to wear masks, which we did for health reasons because the gatherings end up being quite large. The event was explicitly not an encampment like the ones seen done by students at other universities. The evening before, university officials emailed UT PSC notifying us that they were cancelling the protest: "Due to these reasons, *this event may not proceed as planned.*" (See Exhibit A) The ostensible reason for cancelling the event was a "declared intent to violate [University] policies and rules, and disrupt [] campus operations." I promptly responded that we had no intent to violate rules. I communicated that we only encouraged masks for health reasons and the event was not an encampment.
    - ii. The next day, as we began the event anyway, officials approached UT PSC and told us we could not hold the event. I told the officials that I responded to the email stating we were not violating any mask policy or having an encampment. The official directing us to stop did not know what policies I was talking about and stated the event was cancelled anyway. Shortly after starting the event, police, including state troopers, swarmed the protests, which were entirely nonviolent. Around sixty students, including a UT PSC steering committee member, were arrested.

I, Jenna Homsi, swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

Dated: June 26, 2024              /s/ Jenna Homsi_____
                                        Jenna Homsi