# Exhibit E

Affidavit of Ashik Siddique

I, Ashik Siddique, am over the age of 18, a resident of the District of Columbia, and do hereby state under penalty of perjury that the following is true and accurate to the best of my knowledge and memory. I testify that:

1. My name is Ashik Siddique. I am a co-chair of the National Democratic Socialists of America (DSA).
2. DSA is a 501(c)(4) nonprofit organization incorporated in the District of Columbia with tens of thousands of dues-paying members across the country.
3. The Young Democratic Socialists of America (YDSA) is the youth and student section of DSA. While YDSA has a coordinating committee, it is not independent of DSA. All YDSA members are also DSA members.
4. There are YDSA chapters at colleges and universities across the country, including several in the state of Texas. To establish a YDSA chapter, there must be at least three dues-paying DSA members.
5. In its messaging on Israel's genocide of Palestinians in Gaza, DSA uses the phrase "From the River to the Sea, Palestine will be free."
6. DSA calls its YDSA chapters to action on the issue of Palestine-Israel.
7. DSA trains its YDSA chapters to campaign against IHRA definition of anti-Semitism because the definition seeks to equate criticism of Israel with anti-Semitism.
8. DSA trains its YDSA chapters to start campaigns calling on their schools to divest from Israel.

I, Ashik Siddique, swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

Dated: June 6, 2024                             /s/ Ashik Siddique_____
                                                Ashik Siddique