# Exhibit G

7/2/24, 11:49 AM  SjP Houston-🇵🇸 | 🚨 THE MOVEMENT STARTS NOW: UH DIVEST! 🚨 As we students struggle to survive under tuition hikes and …

Case 1:24-cv-00523-RP   Document 21-7   Filed 07/02/24   Page 2 of 4



More posts from sjphtx



7/2/24, 11:51 AM                    Palestine Solidarity Committee - Israeli Apartheid Week (IAW) 2021 is coming to the University of Texas at Austin from March 29th - …

Case 1:24-cv-00523-RP   Document 21-7   Filed 07/02/24   Page 3 of 4

# Instagram

Log In    Sign Up



**psc_atx** • Follow

**psc_atx** Israeli Apartheid Week (IAW) 2021 is coming to the University of Texas at Austin from March 29th - April 2nd! We invite our friends, comrades, neighbors and fellow students to join us for a week of education and direct action on the Palestinian struggle.
In our plight to recenter the global discussion around the Palestinian right to self-determination, the Palestine Solidarity Committee (PSC) is hosting IAW, an annual international series of

74 likes
March 16, 2021

Log in to like or comment.

More posts from psc_atx

  

Log in to see photos and videos from friends and discover other accounts you'll love.    Continue a

Sign

7/2/24, 11:53 AM    SJP at UT Dallas | 📢CALLING ON ALL OUR UTD AND DFW FRIENDS AND COMMUNITY📢 SJP UTD is excited to announce our …

Case 1:24-cv-00523-RP   Document 21-7   Filed 07/02/24   Page 4 of 4



More posts from sjputd

