# Exhibit I




Post

**Greg Abbott** ✓
@GregAbbott_TX

Follow

Arrests being made right now & will continue until the crowd disperses.

These protesters belong in jail.

Antisemitism will not be tolerated in Texas. Period.

Students joining in hate-filled, antisemitic protests at any public college or university in Texas should be expelled.

---

**Greg Price** ✓  @greg_price11 · Apr 24

Pro Hamas idiots at UT Austin discover what happens why you try to pull a Columbia in Texas