IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Students for Justice in Palestine, at the University of Houston**, et al,<br><br>Plaintiffs,<br><br>v.<br><br>**Greg Abbott**, in his official capacity only as the Governor of the State of Texas, et al.<br><br>Defendants. | Case No. 1:24-cv-00523-RP<br><br>Hon. Judge Robert Pitman<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

### [PROPOSED] ORDER

Having considered the submissions and arguments of the Parties, the Court **GRANTS** Plaintiffs' motion for a preliminary injunction. The Court finds and concludes that preliminary injunctive relief is warranted as follows:

1. Plaintiffs are likely to succeed on the merits that GA-44 is an unconstitutional restriction on free speech in violation of the First Amendment; that the requested relief, if not granted, will cause irreparable harm to Plaintiffs; and that the balance of interests and the public interest strongly warrant the grant of a preliminary injunction.

2. Defendants are hereby preliminary enjoined from enforcing GA-44 and any practices or policies adopted in furtherance of it, including but not limited to the creation of any rules or policies that:

    a. forbid students from using the phrase *from the river to the sea, Palestine will be free*;

    b. define as bigoted the typical criticisms and historical comparisons students make about foreign countries when those criticisms are made about Israel;

    c. single out for punishment Students for Justice in Palestine, Palestine Solidarity Committee, or any organization that is critical of Israel and supports the rights of Palestinians.

3. Defendant Taylor Eighmy is hereby preliminarily enjoined from enforcing the school's policy forbidding students from chanting or displaying on signs the slogan *from the river to the sea, Palestine will be free*.

4. Defendant Rene Khator is hereby preliminary enjoined from enforcing its new policies that seek to comport with GA-44, including the changes made to UH Systems' free expression policies by the Board of Regents on May 17th.

**IT IS SO ORDERED**

Dated

                                                                     _____
                                                                     United States District Judge
                                                                     Hon. Robert Pitman