IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., <br><br> Defendants. | § § § § § § § § § § § § § § | No. 1:24-CV-523-RP |

ORDER

Before the Court is *Defendants' Motion to Extend Deadline to Respond to Plaintiffs' Motion for a Preliminary Injunction*. Defendants request a three-week extension of time to respond to Plaintiffs' motion (Doc. 21), through August 6, 2024. After due consideration, the Court finds said motion meritorious.

It is hereby **ORDERED** that Defendants' deadline to respond to Plaintiffs' Motion for a Preliminary Injunction (Doc. 21) is August 6, 2024.

**SIGNED** on _____, 2024.

_____
**HON. ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE