

| PHILIP J. DEVLIN<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701 | ANNETTE FRENCH<br>CHIEF DEPUTY |

**July 15, 2024**

**Justin Sadowsky**
CAIR Legal Defense Fund
453 New Jersey Ave Se
Washington, DC 20003

      RE:    *Students for Justice in Palestine, et al v. Abbott*
                  1:24-cv-523 RP

Dear Counselor;

In reviewing the counselors listed on the referenced case, it was brought to our attention that you have failed to register for electronic filing and notification with our court.

Pursuant to the **Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas**, all counsel making appearances in our court are required to register as a filing user when admitted to practice in the Western District *or* within 10 days after being granted admission via Pro Hac Vice, whichever comes first.

To register, you will first need a PACER account (if you don't already have one). Their web address is PACER.uscourts.gov. Once an account has been approved, follow the steps outlined below to receive filing privileges to our filing system:

    Login into your individual PACER account.

    Log into **Manage My Account**, select the **Maintenance** tab, and select **Attorney Admissions/E-File Registration** *or* **Non-Attorney E-File Registration**, whichever is applicable.

    Select **Texas Western District**.

    Select the role that pertains to you i.e., **Attorney Admissions and E-File**, **Pro Hac Vice**, etc.

    Continue utilizing the screens to request access.

Once the request has been received and granted by our court, you will receive an email indicating that the credentials are valid.

For any additional question on requesting access, please contact PACER at the following:
    PACER Service Center
    800/676-6856

pacer@psc.uscourts.gov

Thank you for your prompt attention to this matter.

Sincerely,

*KW*

Katherine Wallace, Deputy Clerk