IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

The Court held a status conference on this date. Per the parties' agreement, which they communicated to the Court during the conference, **IT IS ORDERED** that Defendants shall respond to Plaintiffs' first amended complaint, (Dkt. 20), **on or before August 6, 2024**.

**SIGNED** on July 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1