IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT (Dkt. 20) AND MOTION FOR PRELIMINARY INJUNCTION (Dkt. 21)**

Defendants collectively move the Court to extend their deadlines to file responsive pleadings to Plaintiffs' Amended Complaint (Dkt. 20) and Motion for Preliminary Injunction and Memorandum in Support (Dkt. 21) through August 19, 2024. Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief requested in this motion, and Plaintiffs are unopposed.

1. Plaintiffs filed their Amended Complaint (Dkt. 20) and Motion for Preliminary Injunction and Memorandum in Support (Dkt. 21) on July 2, 2024.

2. Prior to conferring with Plaintiffs' counsel, University of Texas at Austin President Jay Hartzell had not been served with a summons or copy of the Amended Complaint since Plaintiffs named him as a party defendant. *See* Fed. R. Civ. P. 4(b) & (c).

3. Currently, the previously-served Defendants must respond to Plaintiffs' Amended Complaint and Motion for a Preliminary Injunction on or before August 6, 2024 by agreement and as reflected by order of the Court (Dkt. 26).

4. On July 18, President Hartzell agreed to accept service by email to undersigned counsel of Plaintiffs' Amended Complaint, and Plaintiffs agreed to a single deadline for all Defendants to respond to their Amended Complaint and Motion for a Preliminary Injunction by August 19.

5. This is President Hartzell's first request for an extension of this kind, and the remaining Defendants' second request for an extension of time to respond to Plaintiffs' Motion for Preliminary Injunction and Amended Complaint.

6. The requested extensions are necessary to ensure that all Defendants have sufficient time to investigate and properly brief the issues raised by Plaintiffs' lawsuit, and to consolidate all Defendants' briefing on one set of deadlines for case management purposes.

WHEREFORE, Defendants respectfully request that the Court extend their deadlines to file responsive pleadings to (1) Plaintiffs' Amended Complaint (Dkt. 20) and (2) Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support (Dkt. 21) through August 19, 2024.

Dated: July 18, 2024
Austin, Texas

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Cole P. Wilson*
**COLE P. WILSON**
Assistant Attorney General
Attorney-in-charge
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

**TODD DICKERSON**
Assistant Attorney General
Texas State Bar No. 24118368
Todd.Dickerson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**JACOB E. PRZADA**
Special Counsel
Texas State Bar No. 24125371

**RYAN WALTERS**
Chief, Special Litigation Division

Jacob.Przada@oag.texas.gov

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

I certify that the parties have conferred regarding the relief requested in this motion, and that Plaintiffs are unopposed to the relief requested herein.

*/s/ Cole P. Wilson*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record on July 18, 2024, using the Federal Court CM/ECF system.

*/s/ Cole P. Wilson*