IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § | |
| Defendants. | § § | |

ORDER

Before the Court is *Defendants' Unopposed Motion to Extend Deadlines to Respond to Plaintiffs' Amended Complaint (Dkt. 20) and Motion for Preliminary Injunction and Memorandum in Support (Dkt. 21).* Defendants collectively request an extension of time to respond to Plaintiffs' Amended Complaint and Motion for Preliminary Injunction through August 19, 2024. Plaintiffs, through their counsel, are unopposed to this relief. The Court finds said motion meritorious.

It is hereby **ORDERED** that Defendants' deadlines to file (1) an answer or motion to dismiss in response to Plaintiffs' Amended Complaint (Dkt. 20) and (2) a response to Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support (Dkt. 21) is August 19, 2024.

**SIGNED** on July _____, 2024.

_____
**HON. ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE