IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is *Defendants' Unopposed Omnibus Housekeeping Motion*. (Dkt. 29). In the motion, Defendants seek the Court's leave: (1) to file a single 60-page motion to dismiss Plaintiffs' Amended Complaint (Dkt. 20), exclusive of the caption, tables of contents and authorities, signature block, certificates, and accompanying documents; (2) to format all footnotes in Defendants' motion to dismiss and response to Plaintiffs' motion for a preliminary injunction in 10-point font with single-spacing; (3) to freely adopt statements from their motion to dismiss by reference into their response to Plaintiffs' motion for a preliminary injunction (Dkt. 21); and (4) to file a single omnibus response of 35 pages to Plaintiffs' motion for a preliminary injunction, exclusive of the same items listed above, or 50 pages in the event the Court does not permit Defendants to freely adopt statements by reference from their motion to dismiss.

Plaintiffs are unopposed to Defendants' request for page-limit extensions and take no position on Defendants' requests regarding the formatting of footnotes and adoption by reference of overlapping issues. Having considered the motion, the Count finds it is meritorious.

Accordingly, the Court **GRANTS** Defendants' motion, and **ORDERS** that Defendants have the Court's leave to:

(1) file a 60-page motion to dismiss Plaintiffs' Amended Complaint, exclusive of the caption, tables of contents and authorities, signature block, certificates, and accompanying documents;

(2) format all footnotes in their motion to dismiss and response to Plaintiffs' motion for a preliminary injunction in 10-point font and with single spacing;

(3) freely adopt, by reference, statements from their motion to dismiss into their preliminary injunction response; and

(4) file a 35-page response to Plaintiff's motion for a preliminary injunction, exclusive of the caption, tables of contents and authorities, signature block, certificates, and accompanying documents.

**SIGNED** on August _____, 2024.

_____
**HON. ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE