IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON; et al., | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | No. 1:24-CV-523-RP |
| GREG ABBOTT, IN HIS OFFICIAL CAPACITY ONLY AS THE GOVERNOR OF THE STATE OF TEXAS, et al., | | |
| *Defendants.* | | |

## DECLARATION OF BRENDA SCHUMANN

1. I, Brenda Schumann, am over eighteen years of age. I am fully capable of making this declaration. The following is within my personal knowledge and is true and correct:

2. I serve as the Assistant Vice Provost for Enrollment Services and University Registrar for The University of Texas at Austin, a position I have held since November 1, 2023. I have over twenty years of experience in higher education. Prior to my current role, I served as the Deputy University Registrar and Director of Operations and Compliance at UT Austin.

3. As University Registrar, I oversee an office dedicated to creating, maintaining, certifying, and protecting University records of courses, degrees, and students. My office is also responsible for maintaining the University Catalogs, including the Institutional Rules on Student Services and Activities.

4.      In March 2024, Governor Abbott issued executive order GA-44. In operative part, GA-44 called on Texas public universities to:

- Review and update free speech policies to address the sharp rise in antisemitic speech and acts on university campuses and establish appropriate punishments, including expulsion from the institution.

- Ensure that these policies are being enforced on campuses and that groups such as the Palestine Solidarity Committee and Students for Justice in Palestine are disciplined for violating these policies.

- Include the definition of antisemitism, adopted by the State of Texas in Section 448.001(2) of the Texas Government Code, in university free speech policies to guide university personnel and students on what constitutes antisemitic speech.[1]

5.      After receiving guidance from the University of Texas System on how to comply with GA-44, my office updated Chapter 13 of the Institutional Rules on Student Services and Activities to include a definition of antisemitism provided by Texas Government Code § 448.001(2). This update to the Institutional Rules went into effect on June 21, 2024.

---

[1] *Governor Abbott Fights Antisemitic Acts At Texas Colleges, Universities*, OFFICE OF THE TEXAS GOVERNOR (March 27, 2024), https://gov.texas.gov/news/post/governor-abbott-fights-antisemitic-acts-at-texas-colleges-universities

Schumann Declaration                                                                                                   2

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF TEXAS AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 16, 2024

*[signature]*

Brenda Schumann, Ph.D.
Assistant Vice Provost for Enrollment Services and University Registrar
Office of the Registrar
University of Texas at Austin