IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON; et al., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| GREG ABBOTT, IN HIS OFFICIAL CAPACITY ONLY AS THE GOVERNOR OF THE STATE OF TEXAS, et al., | § § § § § | |
| *Defendants*. | § § | |

## DECLARATION OF SHANE STREEPY

1.      I, Shane Streepy, am over eighteen years of age. I am fully capable of making this declaration. The following is within my personal knowledge and is true and correct:

2.      I am an Assistant Chief with The University of Texas Police Department (UTPD). My duties are to assist the Chief of Police in the leadership, management, and operation of UTPD.  I am tasked with controlling and commanding major investigations and large university special events.  I am responsible for performing risk management assessments and developing appropriate preparedness, response, and mitigation guidance.

3.      I previously worked at the Austin Police Department (APD) for 21 years. While at APD, I worked several specialized ancillary assignments, including with the Special Response Team (SRT).  The APD SRT was a specialized unit trained to deal

specifically with crowd control.  In this position, I received specialized training in protest response and crowd management.

4.      I hold a Master of Public Affairs degree from The University of Texas at Austin, a Master of Criminal Justice degree from Boston University, and a Bachelor of Business Administration degree from The University of Texas at El Paso. Additionally, I am a graduate of the Northwestern University School of Police Staff and Command program.

5.      I hold a Master Texas Commission on Law Enforcement (TCOLE) Peace Officer License and have earned over 3,700 hours of TCOLE training covering various topics, including de-escalation, crowd control, and incident command and management.

6.      I was involved in preparing for and responding to the disruptive events that occurred on campus in April 2024. This included being amongst the crowds and responding personally to disruptive and threatening behavior.

7.      UTPD is a certified law enforcement agency that addresses criminal violations and safety concerns. We regularly work with other university departments to provide law enforcement services for events. UTPD has partnered with the Office of the Dean of Students (DOS) on multiple occasions in 2024, including during the events in April.

8.      We utilize a stair-stepped process to preserve order when working with DOS. For example, if a person becomes disruptive at an event, the Dean of Students staff will first ask the person to cease this behavior as it violates the rules. If they

refuse to comply, staff will ask them to leave. At this point, they have lost the effective consent of the University to remain in the area. If the individual does not leave upon request of DOS staff, UTPD will then step in to tell them to leave. If they still refuse to leave, they may be arrested for criminal trespass and removed from campus. This is the straightforward application of the criminal trespass statutes, Section 31.05 of the Texas Penal Code (criminal trespass generally), and Sec. 51.204 of the Texas Education Code (separate offense for trespassing on campus). Arrests are always the last resort when dealing with these types of situations.

9.      This repeatedly occurred during the Palestine Solidarity Committee's (PSC) Popular University event on April 24 and the subsequent event on April 29. DOS attempted numerous times to gain compliance, but protestors refused to listen and stop their behavior, and after multiple warnings, law enforcement followed our usual stair-stepped approach and stepped in to assist.

10.     Since October 7, 2023, universities have seen numerous disruptive events and unauthorized encampments meant to interfere with their operations. While some instances have only involved university rule violations, others have included criminal and violent behavior. This has included assaults, subjects taking over and destroying buildings, and outside agitators using these protests as cover for their own nefarious purposes. Law enforcement needed to get involved in many of these chaotic events.

11.     In mid-April, the PSC's Popular University event came to our attention. The concern was that, given the national context, this event could bring to the campus

the same dysfunction seen elsewhere. Of note was that the PSC was advertising the event as an extension of the coordinated effort to create encampments like those seen at Columbia University and that protestors at The University of Texas at Dallas had taken over a building the day prior to the PSC's event at The University of Texas at Austin.

12.     The Office of the Dean of Students notified the PSC's leadership that the event could not occur as planned due to the foreseeable risk of disruption and rule violation.

13.     Because there was a real chance that the group would proceed with the event anyway and have a large crowd (as had occurred at other campuses), UTPD prepared in the event law enforcement was needed. This preparation included requesting assistance from the Texas Department of Public Safety and the Austin Police Department. This request was because while we have highly skilled officers, UTPD is a modestly sized agency. We commonly partner with outside agencies when we need help with a significant event, like a football game.

14.     This request was also informed by what we had learned during past instances in Austin where large crowds of protestors turned riotous, including blocking the roads, assaulting officers, and destroying public property (even once attempting to use a Molotov cocktail to do so).

15.     We asked our partners to stand by just in case things devolved. The hope was that PSC would listen to the DOS, and these reinforcements would not be needed. UTPD did not set out from the beginning to make arrests, as some have now claimed.

Declaration of Shane Streepy                                                    4

16.     The decision to request support from our partners was not based on the PSC's views about Palestine, Israel, or any of its other political positions, nor was it motivated by Governor Abbott's previous executive order. UTPD was concerned about law and order and overall safety on campus.

17.     Avoiding a days-long tent encampment in the middle of campus was a critical safety objective because, as we had seen elsewhere, these hot spots were being used to launch other more aggressive actions, including taking over buildings. Once subjects barricade themselves in buildings, safety concerns increase for both the barricaded subjects, anyone trapped inside with them, and law enforcement.

18.     Also, we had seen that, in many instances, once an encampment was allowed to take hold, it grew in size and disruption and served as a magnet for others inside and outside universities. Often, it created a hot spot for physical violence between those encamped and other members of a university community or the public. Removing a small encampment is one thing, but trying to end one as large as we saw at Columbia is a more complicated, dangerous task. The potential for physical violence among those encamped, the campus community, and individuals from outside the university also creates an ongoing law enforcement concern that must be appropriately monitored and managed at the expense of the regular work to keep campus safe.

19.     Not only that, but it was also of concern that outside groups could set up in the encampment and try antagonizing unwitting students into being violent or

destructive. We had seen this during previous protests in Austin and saw signs it was happening again in April 2024.

20. For example, CrimethInc[1], which provides information to a loose network of anarchist groups, posted information to assist protestors in intensifying their efforts, including a "report" from the building occupation at Cal Poly Humboldt that began on April 22.[2]

21. The "lessons" from Cal Poly Humboldt, published on April 23, were:

**Out of the quads, into the buildings.**

*It's clear that in order for this crisis to develop further, student occupations should take buildings whenever possible.* The first action of the police was to instruct the occupiers to move to the quad. In saying this, they showed that we can wield the most power by occupying the spaces where classes are held and administrators have offices. In addition, *buildings on campus are filled with everything you might need to construct barricades and protect an occupation.*

**If you build it, they will come.**

It only took a small number of students to occupy Siemens Hall. Don't be afraid to hold your ground. This movement is strong. *Seemingly out of nowhere, hundreds if not thousands will come to support you. Importantly, outside crowds were able to impede the police by dividing their attention. The cops found themselves kettled and completely unsure of where to turn.* Someone set up a barbecue—free hotdogs fueled the crowd.

**The pro-Palestinian movement must be a movement against the police.**

At every step, police will not hesitate to brutalize those who call for an end to genocide in Palestine. *In Gaza, Palestinians face the Israeli military; in the United States, we face the police. We must recognize that these forces are one and the same: they are all foot soldiers of empire.*

---

[1] Materials from this group were found in the debris left by the UT Austin protestors.
[2] This site later issued a report on UT Austin as well. See Exhibit A.

**Listen! organizer.**

We need not wait for the permission of professional activists to set the terms of struggle. Student occupiers acted decisively to take the building without the backing of any established organizations. Collectively, we found we had the skills, experience, and creativity needed to carry out our action. *While student organizations often recommend starting with a list of achievable demands and entering into endless negotiations with administrators, our occupation held one demand for six hours: that the police leave campus.*

**Be prepared.**

Our town is somewhat sleepy. We underestimated the scale of police repression we would face. Four years after the George Floyd Uprising, we should heed its lessons. *It is best to come to all demonstrations with goggles, gas masks, laser pointers, and shields. You never know what a casual sleepover might become.*

22.     While it was unclear who this information was reaching, these "lessons" were circulating locally the day before the Popular University event.[3]

---

[3] Autonmedia describes itself as a "media project with tendencies towards the anarchic, communist, and criminal."

Declaration of Shane Streepy                                                              7

 **ATX Autonomedia kolektiva.social/@ATX_Autonomedia/**
@Bevo1312                                                                                  ···

crimethinc.com/SiemensHall

Lessons from Cal Poly, where the camp occupied Siemens Hall and held off a police raid

1. Out of the quads, into the buildings.

It's clear that in order for this crisis to develop further, student occupations should take buildings whenever possible. (1/7)



**UnDo 512 #Stop Cop City** @stop_sweeps_atx · Apr 23
UT Austin! Tomorrow class is cancelled. Bring gear to Greg Plaza to March & occupy the lawn!

3:16 PM · Apr 23, 2024 · **1,639** Views

---

## Relevant people

 **ATX Autonomedia kolekt**  [Follow]
@Bevo1312
Keeping Austin Criminal. DM to link up & agitate. Mapping power, circulating strategic knowledge, and preserving historical memory of revolt in Central TX

 **UnDo 512 #Stop Cop City**  [Follow]
@stop_sweeps_atx
resist the sweeps of homeless encampments & support those displaced.

## What's happening

MLB · Starts at 11:35 AM
**Padres at Pirates**

**#GoogleGemini**
Get started with Gemini
▶ Promoted by Google

Politics · Trending                                                                       ···
**Puigdemont**
535K posts

---

Declaration of Shane Streepy                                                              8

**ATX Autonomedia kolektiva.social/@ATX_Autonom** @Bevo13· · Apr 23 ···
The first action of the police was to instruct the occupiers to move to the quad. In saying this, they showed that we can wield the most power by occupying the spaces where classes are held and administrators have offices. In addition, buildings on campus are filled (2/7)

💬 1          🔁 1          ♡ 3          📊 515          🔖  ⬆️

**ATX Autonomedia kolektiva.social/@ATX_Autonom** @Bevo13· · Apr 23 ···
with everything you might need to construct barricades and protect an occupation.
2. If you build it, they will come.

It only took a small number of students to occupy Siemens Hall. Don't be afraid to hold your ground. This movement is strong. Seemingly out of nowhere, (3/7)

💬 1          🔁 1          ♡ 4          📊 515          🔖  ⬆️

**ATX Autonomedia kolektiva.social/@ATX_Autonom** @Bevo13· · Apr 23 ···
hundreds if not thousands will come to support you

4. Listen! organizer
We need not wait for the permission of professional activists to set the terms of struggle. Student occupiers acted decisively to take the building without the backing of any established organizations. (4/7)

💬 1          🔁 1          ♡ 3          📊 545          🔖  ⬆️

**ATX Autonomedia kolektiva.social/@ATX_Autonom** @Bevo13· · Apr 23 ···
Collectively, we found we had the skills, experience, and creativity needed to carry out our action. While student organizations often recommend starting with a list of achievable demands and entering into endless negotiations with administrators, (5/7)

💬 1          🔁 1          ♡ 3          📊 678          🔖  ⬆️



23.    On April 23, 2024, the Dean of Students notified the PSC that the Popular University event could not occur. When the group showed up the next day, staff repeatedly told them the event could not happen. When the PSC began to march towards the South Lawn, in complete defiance of university staff, the matter was turned over to law enforcement to tell the group to leave campus.

24.    That is when UTPD and our partner law enforcement agencies had to intervene. One of the officers spoke to the group over a loudspeaker, informing them that they were in violation of Texas law and that they needed to disperse. He advised that they had ten minutes to disperse before our officers would being making arrests. He also let the group know that they needed to leave campus to the south. The reason for that instruction was that we wanted to make sure that the group didn't just reconvene on the South Lawn as they had originally planned. Our goal was to avoid arrests by giving the group the time and an appropriate route to disperse. I have

attached a video clip of the trooper providing this warning to the group on Speedway as Exhibit B.

25.     Officers channeled the group to move south on Speedway, a north-south street through campus. When they reached a corner toward the south end of campus, we hoped they would disperse, but instead, they locked arms, confronted our officers, and continued chanting.

26.     Then, we made another dispersal order over the loudspeaker. This time, our officers gave the group a two-minute warning before arrests would begin. The route going to the east was left open for them to leave.

27.     It looked like the group would disperse for a moment, but then they circled back onto campus and congregated on Speedway to continue their demonstration. I have attached a video clip to give the Court a sense of what it was like when PSC continued loudly demonstrating in front of McCombs School of Business as Exhibit C.

28.     Still, we did not begin arrests. Our officers continued to reiterate the dispersal order and continued to be ignored.

29.     Officers talked with the group's leader, who argued that the group kept coming back to Speedway so that they could go "home." That didn't make sense because the group had open routes to the east and south to leave campus. It was clear to us that the problem wasn't that they needed a way out—it was that they wanted a way back into the central campus and eventually to the South Lawn.

Declaration of Shane Streepy                                              11

30.     Finally, after nearly an hour of warnings, we began making arrests for criminal trespass. Members of the crowd surrounded officers, screamed at our officers, threw horse excrement, and resisted arrest. The chaotic scene was only worsened by protestors and others standing off Speedway in the landscaping, riling the crowd and locking arms to prevent officers from securing arrestees.

31.     While this was all happening, many of the protestors got to the South Lawn and began to set up an encampment. DOS tried to talk with the protestors and get them to take down the encampment and leave. When that failed, UTPD issued several dispersal orders via loudspeaker, text, email, social media, and emergency broadcast system. When hundreds of people still refused to leave, our officers began to make arrests. It took hours to clear the area. I have attached several video clips to allow the Court to see and hear the loud and chaotic scene on the South Lawn that day as Exhibits D, E, F, G, H, I, J, K, L, M and N.

32.     UTPD and our law enforcement partners only made arrests after repeated dispersal notices, after the time windows we gave for dispersal were repeatedly passed, and after multiple orders to the group's leadership proved fruitless.

33.     During the next few days, protestors returned to campus. However, the conduct at some of these events differed from what we saw on April 24. While we were prepared to intervene if needed, we did not need to step in because the group cooperated with the DOS staff and held their events in accordance with the rules. They did not attempt to set up an encampment.

Declaration of Shane Streepy                                                    12

34.     On April 29, 2024, protestors began another event by sitting on the lawn, not causing a disruption. UTPD did not interact with the group or stop their event at that time. Around noon, protestors took the materials they brought and quickly set up an encampment in the middle of the South Lawn. This included a timed and coordinated moment of turning over tables and connecting them with chains and holding heavy wooden signs to fortify their position against law enforcement. Given the chains, mallets, thick metal wire, and padlocks the protestors snuck onto campus in their coolers, it was evident this maneuver was pre-planned.

35.     Despite the warm (bordering on hot) weather and no chance of rain, many in the group wore long sleeves, hats, and masks or items wrapped around their faces.[4] Many also wore goggles and pointed open umbrellas toward officers like a shield. Based on my training experience, these are common tactics used by rioters to hide their identities and prevent law enforcement from effectively using pepper spray to gain compliance if needed.

36.     As was the case on April 24, DOS made the first attempt to gain compliance. When that did not work, UTPD and its law enforcement partners gave the group numerous dispersal orders. Notably, an Austin Police Officer working with our team to remove protestors from the locked-arm circle told each person individually that they needed to leave, but if they didn't, they would be arrested, and

---

[4] This occurred on April 24 as well. While students hiding their identities is acceptable to some, this tactic, which is taught online to individuals who wish to engage in destructive and violent events, impedes law enforcement's ability to perform their jobs in the moment and to hold those who violate the law accountable by filing charges. I understand that some people may have legitimate medical and religious reasons for wearing masks. However, these people still need to identify themselves, at least with proper identification, or briefly remove a medical mask when DOS asks them. They refused to do this on both April 24 and 29.

Declaration of Shane Streepy                                                          13

resisting arrest could lead to further charges. Some left, others still refused, and were arrested. I have attached video clips to allow the Court to see and hear what occurred on the South Lawn as Exhibits O, P, Q, R, S, T, U and V.

37.     When the attempted encampment was cleared, many protestors began roving around campus, often in groups, blocking traffic and trying to stop buses holding arrestees and troopers from leaving campus. During this process, protesters slashed tires on law enforcement vehicles and threw various items at officers.  I have attached video clips to show the Court what occurred as Exhibits X, Y, Z and AA.

38.     Eventually, after 9:00 p.m, the crowd left campus.

39.     During both days (April 24 and 29), weapons and dangerous items were found in the crowd or hidden in the area. This included buckets/piles of rocks, bricks, steel-enforced wood planks, knives, mallets, and numerous 5-gallon water jugs.[5]

40.     In my training and experience, it is common for groups planning to engage in a riot or hurt others, including officers, to hide or stockpile items that can be used as weapons in the area.

41.     One protestor had a handgun in his waistband with a round in the chamber and extra magazines; he was unlawfully carrying the gun on campus without a license. Another protestor had a pellet gun that looked like an operable handgun.

---

[5] While these jugs may seem innocent, protestors on other campuses had used them as weapons to strike officers.

Declaration of Shane Streepy                                                      14

42.    Stacks of authenticated and actual Hamas propaganda pamphlets were also found in the encampment's debris. I have attached these materials as Exhibit BB.

43.    Protesters photographed officers and university staff. Our images and names have not only been circulated online, but two of our officers ended up pictured on a banner in Yemen and featured on National SJP's Instagram page.







44.    The Islamic Republic of Iran has also issued official sanctions against me personally.[6]

---

[6]    Exhibit    CC;    https://sanctionlist.mfa.ir/portal/product/11554/491/Shane-Streepy. https://x.com/MintPressNews/status/1783933900114239883.

Declaration of Shane Streepy                                                                17

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF TEXAS AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on _____2024-08-19 | 15:16:23 PDT_____, 2024

Signed by:

83173D4E6E894FA..._____

Shane Streepy
Assistant Chief
University Police Department
University of Texas at Austin

**EXHIBIT A**

*CrimethInc. Day One: University of Texas Austin Students Take the Lawn: A Report*

Case 1:24-cv-00523-RP   Document 32-11   Filed 08/19/24   Page 20 of 70



# Day One: University of Texas Austin Students Take the Lawn

## A Report

2024-04-25

On April 24, students, faculty, and community members assembled on the campus of the University of Texas at Austin to demonstrate against the complicity of the university administration in the **ongoing genocide in Gaza**. Fearing a repeat of

7/23/24, 10:55 AM
CrimethInc. : Day One at the University of Texas in Austin : Students Take the Lawn : A Report
Case 1:24-cv-00523-RP Document 32-11 Filed 08/19/24 Page 21 of 70

the upheavals that have taken place at **Columbia University** and **elsewhere** around the country, campus authorities mobilized a massive number of police in response. Yet despite arrests and violence, the demonstrators ultimately outlasted and outmaneuvered the police. In the following report, participants describe what they learned.

---

Student-led solidarity actions at universities have been taking place for six months already. In the last week, however, they have escalated, with encampments and walkouts at over 40 campuses across the country. Students as far away as Australia, Italy, and France have organized their own encampments and other protests in solidarity. In the last 48 hours, new encampments have appeared on at least fourteen US campuses, including at least three encampments—in Atlanta, Philadelphia, and Washington, DC—that are cross-institutional collaborations. Police have evicted some of these, but others continue to hold their ground. Over that same period of time, at least six schools have hosted walkout demonstrations. Two school encampments took over campus buildings.



The **Gaza solidarity encampment** on the East Lawn of Columbia University on Wednesday, April 17.



The Gaza solidarity encampment on the West Lawn of Columbia University one week later.

In the wake of the events described below, UT faculty members published a **courageous statement** in support of the demonstrators and joined some of the student organizers who were arrested yesterday in organizing a massive rally for today, which drew 2000 people to the South lawn. In speeches, some of the student activists directly connected the ongoing movement to the **nationwide uprising** that took place in 2020 in response to the murders of George Floyd, Breonna Taylor, and others.

Defending specific territory gives a movement a place to cohere and opens up a space in which the participants can build relationships and go through a process of political development. At the same time, it provides adversaries a fixed target against which to direct pressure. Defending encampments in the open is more challenging than defending indoor occupations, even if the latter can entail greater legal risk. In both cases, what happens outside and around the police response usually determines the outcome at least as much as what occurs inside the occupation. As the building occupation at **Cal Poly Humboldt** demonstrated, police can only besiege and evict occupations if they are not themselves besieged.

Current campus organizers might benefit from reading participants' **reflections** on the "autonomous zones" of the 2020 uprising:

> *Even if our goal is simply to hold a particular physical space, we have to prioritize carrying out offensive activities throughout society at large that can keep our adversaries on the defensive, while investing energy in the activities that nourish movements and spaces rather than focusing on defending particular boundaries. We should understand occupied spaces as an effect of our efforts, rather than as the central cause we rally around.*

It might also be instructive to consult the experiences of the **student occupation movement of 2008-2010**.

Centrist media outlets have dishonestly portrayed the participants in these demonstrations as "anti-Semitic," intentionally obscuring the fact that a significant plurality of the organizers are anti-Zionist Jews. In fact, only four months ago, leaders of the Republican Party of Texas **voted against** barring members from associating with Nazis and Holocaust deniers after a prominent Texas Republican hosted a well-known white supremacist and anti-Semite. Those who are repressing these demonstrations are

the ones with ties to organized anti-Semitism. As students **chanted** yesterday in Austin, *"APD, KKK, IDF they're all the same!"*

Israeli Prime Minister Benjamin Netanyahu maintains that the Israeli military is still determined to carry out a ground assault on Rafah, where over a million refugees are currently crowded. If the events of the past six months are any indication, should such an invasion take place, it will result in the deaths of at least tens of thousands more Palestinians, disproportionately impacting women and children. This is the horrific scenario that demonstrators are mobilizing to prevent. **Everyone who aspires to stand in solidarity with Palestinians should be thinking right now about what they can do to prevent Netanyahu from ordering a ground assault on the people in Rafah.**



Students **assembling with umbrellas** on the night of April 24 to defend the Gaza solidarity encampment at Emerson University. Police carried out a massive raid shortly afterwards, arresting 108 people and leaving **blood all over the pavement**.

Case 1:24-cv-00523-RP Document 32-11 Filed 08/19/24 Page 25 of 70

# University of Texas Austin Students Take the Lawn

On April 24, 2024, students, faculty, and community members converged at the University of Texas at Austin campus (UT) to protest the ongoing genocide of Palestinians. The initial protest, a walkout from classes and a Popular University spearheaded by the Palestine Solidarity Committee, drew several hundred people to the area surrounding the Gregory Gymnasium. At the behest of the University President Jay Hartzell, an unprecedented array of militarized police immediately attacked the protest, including mounted police officers, heavily armed state troopers (some bussed in from Houston), and officers from the Austin and the University of Texas police departments. Over the next six hours, thousands bravely confronted the police officers, playing a game of cat and mouse across campus that culminated in an hours-long standoff in the South Lawn. Eventually, the police were forced to withdraw and the crowd won control of the Lawn.

Unable to countenance any resistance to the ongoing acts of violence they sponsor, US authorities have deployed police to universities across the country, including **New York University**, the **University of Minnesota**, the **University of Southern California**, **Emory**, and **Emerson**. UT Austin was no outlier to this emerging dynamic. Before the protest even began, the University was prepared to deploy police in large numbers.

As soon as people assembled, police wasted no time charging and snatching people from the crowd, clubbing and pushing without provocation. The crowd persevered, repeatedly routing officers or surrounding them in larger and larger concentric circles. On multiple occasions, small clusters of officers found themselves enclosed on all sides by crowds that outnumbered them by an order of magnitude. In the end, it was the police who gave up and left campus in defeat.

The dedication and creativity of these demonstrators is worth celebrating. Our contemporaries at encampments in universities across the country have provided us with their own hard-earned insights and reflections. In return, we send warm greetings to them and humbly offer a few reflections on yesterday's events for our comrades struggling at UT Austin and to those elsewhere who are still planning their next moves.

Case 1:24-cv-00523-RP Document 32-11 Filed 08/19/24 Page 26 of 70



# Bold Actions, Bold Words—Courage Is Contagious

All of the police tactics aimed to instill fear: large numbers, riot gear, horses towering over the crowd, vague commands, snatching protestors one by one.

Demonstrators did not succumb to fear—and were rewarded for their courage. When police grabbed the first person, students surged forward chanting "Let them go," encircling the police cruisers and lining up face to face with helmeted police. Bold actions resonated broadly in the crowd. The crowd took space forcefully, eventually kettling the police on the walkway. It was tense and sweaty, with a steep learning curve, but five hours of facing off with the police made the crowd more confident, not less.

7/23/24, 10:55 AM
Case 1:24-cv-00523-RP Document 32-11 Filed 08/19/24 Page 27 of 70
Day One: University of Texas Austin Students Take the Lawn: A Report

# No More Wait and See!

Twenty minutes into the action, the march became headless. But it was never directionless, and its refusal to be controlled was a strength.

Moments of stagnation, imposed both from within and without, repeatedly gave the police the opportunity to make the first move. In these moments, the words and improvised gestures of individuals enabled the crowd to develop its collective intelligence. Whenever the cops succeeded in splitting us between police lines, on opposite sides of a thoroughfare, on opposite sides of a building, our calls to action flowed like water around them.

Proposals spread throughout the crowd. Some fizzled out. Others caught on, sparked enthusiasm, and spread like wildfire until the whole crowd shared a goal. *The lawn! We're taking the lawn!*

Students succeeded in achieving the goal of taking the lawn by choosing not to wait for instructions and by getting creative, finding and showing each other back routes to it. Police attempted to block the march on a main road, but participants split up and dashed through alleys, hopped down stairs, ducked around bushes and into buildings. Doors were propped open and hundreds poured through them onto the unguarded lawn. Passing through these buildings was a baptismal moment.

In Europe, this strategy of breaking up and reforming on the other side of obstacles is called **five fingers make a fist.**

# Keep Moving, but Don't Run Away

The march was most successful when the participants maintained the initiative, moving before the police moved them. In the most inventive moments, the crowd remained mobile, responding to dispersal orders and impenetrable police lines by spontaneously redirecting the march.

Sometimes, in protest movements, crowds simply flee from confrontations in hopes of "remaining flexible." Thankfully, this is not what happened at UT. There is a balance between confronting obstacles and remaining unpredictable. While it is necessary to

make the best of moments when we are forced back or out, in the long run, movements need to be able to force out the police. Instead of engaging in protracted face-offs and waiting to be dispersed or moved, we should take this lesson from Thursday to heart: **fight where it is possible; where it isn't, remain mobile.**

# Surround Them

Despite their heavy-handed tactics, the police failed to control the crowd. They had the lawn, but we had everything else. All afternoon, students, faculty, and community members flowed into and around the South Mall. Police got themselves surrounded repeatedly, and eventually had to push through the crowd to obtain access to food and water. Protesters could have done more to take advantage of that moment. Spatially speaking, as long as the police occupied the lawn, we had the upper hand.

While they had to defend their precarious position against wave after wave of students, we could come and go, regroup, take breaks. When horse-mounted cops rushed the crowd in order to sweep the sidewalk, they weren't attempting to control the crowd or push us anywhere in particular. They were trying to escape.

# Make Space(s) Worth Defending

To sustain momentum, especially the momentum of an occupation, people must have a vision of what they are fighting to defend, what they want to create together. Spaces of joyful imagination and exuberance give us momentum and direction even when there is not a line of police or enemies to confront. Chanting can keep spirits high during the direct confrontations, but nobody can shout all day, and the energy of the space dies along with the chant. Blankets over the lawn become supply depots, where the distribution of pizza or hand sanitizer becomes a site for the collective reproduction of our lives. Office supplies become the ingredients for a direct-action training. These efforts reproduce themselves in ways that words alone cannot.

As soon as we occupy a space together, we should fill it up. Every friend, classmate, coworker should be called to join us, bringing things to sustain the space and refresh the front lines. Food, water, games, activities, and music can provide an anchor for our

resistance. What we do together in these moments will shape what we will be capable of doing with the rest of our lives.

---

With a little more initiative, small organized groups could have taken advantage of the situation to greater effect. Much of the campus was left vulnerable. That being said, the confidence built by yesterday's events was obvious to anyone who remained on the lawn. It will only continue to grow. For now, some university faculty have declared "No classes, no grading, no work," and will be gathering at noon to pick up where yesterday left off. [*Editor's note: at the time of publication, this had already occurred; see the introduction for details.*] The concession of the lawn by the administration represents a definitive win.

What happens next will be determined by those who are willing to continue taking bold action. The circumstances demand it of us. Do what is necessary to stop the genocide in Gaza. Defeat is not an option.

# Further Resources



Click on the image to download a printable pdf of this text in zine form.

**EXHIBIT B**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT C**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT D**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT E**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT F**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT G**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT H**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT I**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT J**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT K**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT L**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT M**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT N**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT O**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT P**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT Q**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT R**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT S**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT T**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT U**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT V**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT W**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT X**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT Y**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT Z**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT AA**

This exhibit constitutes a video recording, a copy of which has been delivered to the Court.

**EXHIBIT BB**

*Hamas Propaganda Found in PSC-UT's Encampment*

**Austin, Texas - April 29, 2024**

On Monday, April 29 at 12:30 pm, the students of the University of Texas at Austin united with the solidarity and protection of Austin community members to establish an encampment on the UT Austin campus. The encampment started with a handful of tents and activists on the campus South Mall Lawn which students renamed The Liberated Zone. Their aim is to explicitly call attention to the ongoing genocide in Gaza that the UT system is overtly complicit in supporting.  With the threat of the invasion of Rafah where thousands of Palestinians are currently living in tents, students are putting a halt to business as usual in a brave act of solidarity with the people of Palestine.

"After 205 days of genocide and almost 40,000 Palestinian martyrs, it is shameful that UT continues to invest in mass murder and resorts to brutal intimidation tactics to try to silence its own students, who are bravely taking a stand against genocide," said Lenna Nasr of the Palestinian Youth Movement.

UT is one of the biggest investors in weapons manufacturing to groups such as Boeing, General Dynamics, Lockheed Martin, Northrop Grumman, and RTX (formerly Raytheon). It is the second largest university endowment in the country supplying $45 billion - second only to Harvard at $50 billion. The University also houses a robotics laboratory that plays a key role in the University's partnership with the United States Army who collaborate to create and test weapons used by Israel to Genocide the Palestinian people.

"We demand that UT divest from the Zionist state of Israel and from all institutions and companies that are enabling the current genocide in Gaza; and, we demand the resignation of President Hartzell for green lighting the militarized repression of peaceful student protestors on their own campus," said Nasr.

Last week on Wednesday, April 24, UT Austin students peacefully gathered to express their first amendment rights in solidarity with Universities across the country calling for divestment from weapons manufacturers and an end to Genocide of the Palestinian people. During the peaceful expression of First Amendment rights, UT Austin President Jay Hartzell and Texas Gov. Greg Abbott ordered State Troopers to descend on the students in droves, tackling and violently arresting over 70 students and community members.

The Jewish Voice for Peace chapter in Austin Texas sent the following statement, "As Jewish members of the Austin community, we wholeheartedly condemn UT Austin's repression of pro-Palestine students, especially when such repression is under the guise of combating antisemitism. It is because we are Jews, not in spite of it, that we call for the full liberation of Palestine. Our own histories of oppression and resistance compel it. We refuse any Zionist rhetoric that attempts to pit our struggles against one another and silence protesters in the name of Jewish safety. We uplift the core demand of the Palestinian Solidarity Committee that UT Austin divest from all companies that profit from and contribute to Israel's genocide in Gaza."

Students and faculty together are demanding the resignation of Hartzell as a direct response to the violence he called in and exacted on students on campus April 24th.

"This has broken our bond of trust that existed within the student body and its president. We are joining over 500 faculty that are also calling for the resignation and/or firing of Jay Hartzell. He has made clear that he plans to militarize campus and make it unsafe for the diverse student body. As the genocide in Gaza continues, we cannot stand idly by as students. At UT, our slogan is 'What starts here changes the world' and that's just what we are doing. To protect our right to free speech and prevent a repeat of last Wednesday, we call on community members to come to our defense. We will not stop until Jay Hartzell resigns and the University divests. Ceasefire now!" said a UT Graduate student who wishes to remain anonymous due to the threats.

On March 27, 2024, Texas Governor Greg Abbott signed a discriminatory and anti-Palestinian Executive Order "Relating to addressing acts of antisemitism in institutions of higher education." This Executive Order mandates Texas universities to "Review and update free speech policies" to address Palestinian organizing on Texas university campuses.

This violation is an attempt to distract from an honest message to stop murdering Palestinians, shared by hundreds of Jewish students and community members. This suppresses the right of students and the community stepping up to protect their right to speak out against the ongoing Genocide and ending the siege on Gaza.

Veterans in Texas are showing up in defense of the students right to free speech.

"When we enlisted we swore an oath to support and defend the constitution from all enemies foreign and domestic," said United States Army Ranger, Greg Stoker. "It turns out we fought in illegal occupational wars and the enemy was never really coming from overseas. Our enemies are here, they've always been here, enabling a genocide with our taxes and trying to strip away our right to freedom of speech and assembly."

For press inquiries, please reach out to UT_Liberation_Zone@proton.me or 512-702-6434.

# DAY OF RESISTANCE TOOLKIT

## INTRODUCTION

National Students for Justice in Palestine is calling for a **national day of resistance** on college campuses across occupied Turtle Island and internationally this **Thursday, October 12th, 2023**

On the 50th anniversary of the 1973 war, the resistance in Gaza launched a surprise operation against the Zionist enemy which disrupted the very foundation of Zionist settler society. On the morning of October 8th, the Palestinian resistance stormed the illegitimate border fence, gaining control of the Gaza checkpoint at Erez, and re-entering 1948 Palestine. Referred to as Operation *Towfan Al-Aqsa* (Al-Aqsa Flood), the resistance has taken occupation soldiers hostage, fired thousands of rockets, taken over Israeli military vehicles, and gained control over illegal Israeli settlements. In the West Bank, the Palestinian resistance has called for collective action by the Palestinian masses amidst attempts by the Zionist entity to lock-up the West Bank. The Palestinian resistance has called for mass protests in every Palestinian city, and Palestinian workers have called for a general strike. In Gaza, Israel has launched an onslaught of airstrikes. As of Sunday, Oct 8th at 12pm ET, Israel has murdered 320 Palestinians and left over 2200 others injured. Despite this, our people choose resistance over negotiated cages on our homeland. Fearlessly, our people struggle for complete liberation and return.

Today, we witness a historic win for the Palestinian resistance: across land, air, and sea, our people have broken down the artificial barriers of the Zionist entity, taking with it the facade of an impenetrable settler colony and reminding each of us that total return and liberation to Palestine is near. As the Palestinian student movement, we have an unshakable responsibility to join the call for mass mobilization.

National liberation is near— glory to our resistance, to our martyrs, and to our steadfast people.

***JOIN THE DAY OF RESISTANCE NATIONAL CALL-IN MEETING***
- On Monday, October 9th @ 5:00 PT/ 7:00 CT/ 8:00 ET, we will be hosting a national call-in meeting to meet with chapters, talk through the political significance of this moment, talk through how-to's for the protest day of action and troubleshoot any support needed. Please RSVP here: https://forms.gle/AbK7RmidTRPYVcAfA

***CALL TO ACTION: NATIONAL DAY OF RESISTANCE***
- On Thursday, October 12th, National Students for Justice in Palestine is calling for a national day of resistance from the student movement for Palestine liberation on college campuses across occupied Turtle Island (so-called US and Canada) and beyond. We must continue to resist directly through dismantling Zionism, and wielding the political power that our organizations hold on our campuses and in our communities. We are asking chapters to host demonstrations on campus/in their

community in support of our resistance in Palestine and the national liberation struggle — one which they play a critical role in actualizing.
- Please fill out this brief form to let us know what events you will be hosting! These will be posted and publicized on our social media – filling out this form will help us better coordinate and unify nationally as a student movement https://forms.gle/H7uqKuVL22AAtzUZA
- Please upload any pictures or videos that you are comfortable with us sharing here! https://drive.google.com/drive/folders/1r4_5Ugt9eocMgvqm2J7FXlxRGTy0vXBJ

**We will also be having a "how to organize a protest," including roles, security, media training, and more, on the National Call-in meeting on Monday, Oct 9th at 8pm ET. The presentation + resources shared will be added to the tool-kit following the presentation.**
If you need additional help organizing or planning your protest, please reach out to National Students for Justice in Palestine. (RSVP link above).

If a protest is not possible, engagement across the movement — whether it be a sit-in, disruption, or educational event — is highly encouraged!
Other ways to participate
1. Table/Flyer on campus
   a. Challenging Zionist hegemony and popularizing our resistance is a critical part of advancing our national movement! Print flyers to put up around your campus. We encourage you to use  any of the graphics linked in this toolkit. Here is a Tabling 101, and for examples of tabling materials, click here and here, For some tips on how to table and how to respond to common Zionist arguments, click here
2. Teach-ins
   a. Make sure people on your campus know what's happening in Palestine, and are armed with a framework which advances national liberation– host a teach-in on your campus! We will include a teach-in during the National Call-in meeting – please attend for inspiration. We will also be linking the presentation in the toolkit following the call-in meeting.
3. Sign onto statement from Bears for Palestine
   a. We welcome both individual and organizational endorsements onto this statement by Berkeley Bears for Palestine in unwavering support of the Palestinian resistance
   b. 📘 Towfan Al-Aqsa Statement  – Bears for Palestine
4. Write a local statement of solidarity
   a. Statements of support show a cohesive and united movement. Work with other organizations on your campus to put out a joint statement expressing your campus' support for Palestine.
5. Share within your network/region:
   a. If you're near other SJPs, let them know what you're planning! If you're in close geographic proximity to one another, you may be able to plan a joint action.
6. Help spread the word by sharing widely on your campuses and in your communities
   a. Contact student organizations across movements to share your action on social media. Engage your community, and let everyone know that the student movement on occupied Turtle Island stands firmly in support of Palestinian resistance.

# MESSAGING & FRAMING

For over 75 years, our Palestinian people, through steadfast resistance, have waged a prolonged war for liberation and return to our colonized homeland. What we are witnessing now is a heightened stage of the Palestinian struggle–through tearing down colonial infrastructure and liberating our colonized land from illegal settlements and military checkpoints, our people are actualizing revolution. Palestine will be liberated from the river to the sea, and our resistance, through their bravery and love for land, continue to bring dignity and honor to the Palestinian people. As the diaspora-based student movement for Palestine liberation, our responsibility is to not only support, but struggle alongside our people back home. The forces of Zionism engage in media campaigns which attack our people and resistance from all sides– it is our responsibility, therefore, to break through their hegemonic narratives of "war" and "unprovoked aggression," and instead ground our campuses and communities in a narrative which centers the legitimacy of resistance and the necessity of complete liberation. Please find below a breakdown of framework and important messaging which help contextualize, frame, and above all normalize and support our fearless resistance.

- **When people are occupied, resistance is justified — normalize the resistance.**
    - *The Palestinian people have the right to resist colonization and oppression.* The Palestinian people have the right to return to their homeland and free themselves from the complete land, air, and sea siege they've been subjected to; this requires resistance, and it is both morally just and politically necessary. These events are the natural and justified response to decades of oppression and dehumanization.
    - The fight for Palestinian liberation is a necessary struggle against an occupying and colonial state; not a "war" or "conflict." It is a **struggle for national liberation.**
    - In the eyes of the West, there is no "right" way for Palestinians to fight for their freedom. Every tactic is met with repression.
    - The occupation, the day to day and the existence of Israel is not peaceful; there is no 'maintaining the peace' with a violent settler state.
    - Settlers are not "civilians" in the sense of international law, because they are military assets used to ensure continued control over stolen Palestinian land.
    - Responsibility for every single death falls solely on the zionist entity. They do not care one bit for the Geneva Conventions but demand Palestinians follow them to the letter.
- **Gaza as the cradle of resistance**
    - *Gaza broke out of prison.* Resistance fighters captured one of the bulldozers used to destroy Palestinian homes, and used it to breach the illegitimate border fence back into '48 Palestine.
    - Gaza is being subject to collective punishment because the occupation knows liberation is inevitable.

- ◆ Zionists are telling Gazans to leave while also denying them freedom of movement–this is a call for genocide of Palestinians.
  - ● "I say to the residents of Gaza: Leave now because we will operate forcefully everywhere."--Netanyahu
- ◆ This is not "unprovoked". Apartheid, ethnic cleansing, indiscriminate bombing, arbitrary detention, destruction of infrastructure, 75 years of settler colonialism are provocations.
- **Liberation is material**
  - ◆ *Liberation is not an abstract concept.* It is not a moment circumscribed to a revolutionary past as it is often characterized. Rather, liberating colonized land is a real process that requires confrontation by any means necessary. In essence, decolonization is a call to action, a commitment to the restoration of Indigenous sovereignty. It calls upon us to engage in meaningful actions that go beyond symbolism and rhetoric. Resistance comes in all forms— armed struggle, general strikes, and popular demonstrations. All of it is legitimate, and all of it is necessary.
  - ◆ "You don't get freedom peacefully. Freedom is never safeguarded peacefully. Anyone who is depriving you of freedom isn't deserving of a peaceful approach by the ones who are deprived of their freedom."-Malcolm X
- **israel is fragile**
  - ◆ This action of resistance shatters the illusion of Israel as an impenetrable, indestructible entity. The zionist entity is fragile, and Palestinian resistance is alive. The iOF are still in disarray and the resistance fighters are still launching new attacks into 48.
  - ◆ The zionist entity built a massive technological barrier to imprison Gaza that the resistance neutralized in hours. They massively underestimated the ingenuity of the resistance, and will continue to do so.
  - ◆ Settlers are already fleeing the land, their 'dedication' to the settler colony is easily broken. The dedication of Palestinians for their national liberation is unshakable.
  - ◆ *From Rhodesia to South Africa to Algeria, no settler colony can hold out forever.*
- **Unity Intifada**
  - ◆ The revolution is being waged across historic Palestine— not just cross-factional, but unifying our people in the name of resistance
  - ◆ All Palestinian factions in Gaza appear to be participating under unified command.
  - ◆ *This is the first time since **1949** that a large-scale battle has been fought within '48 Palestine.*
- **We as Palestinian students in exile are PART of this movement, not in solidarity with this movement.**
  - ◆ *This is a moment of mobilization for all Palestinians.* We must act as part of this movement. All of our efforts continue the work and resistance of Palestinians on the ground.

# HASHTAGS

- #studentdayofresistance
- #operationalaqsaflood
- #nationalliberationisnear
- #dayofresistance

# TEMPLATE GRAPHICS

*CANVA GRAPHIC TEMPLATE LINK FOR PROTESTS* *[LINK WITH BELOW GRAPHICS]*

*TABLING MATERIALS AND OTHER GRAPHICS COMING SOON*







**Palestinians are Palestinian:** "Arab Israeli" is offensive label and should not be used. It erases Palestinian identity and confuses Palestinians with "Mizrahi" and Sephardic settlers. "Palestinian citizens of Israel" is often intentionally used to whitewash the zionist regime as seemingly democratic, when Palestinians who are occupied often face constant harassment, policing, and exploitation. It is important to note that Palestinians are unified across religion and region, and usage of skin-tone identity is typically a Western framing. One must also be careful of how they label a Palestinian in the West, as "American-Palestinian" is not chosen and serves as a compliance label to imperialism. Palestinians are not in the West willingly, and their aspiration to return home, across generations, is important to respect in any interview.

Interview and center Palestinians on the ground as a priority since Palestinians are often spoken over or spoken for by insidious actors.

### Section 6: Normalization, Humanitarianism, and Safety

Normalization means recognizing or engaging with the zionist entity in any form.

**Normalization is treasonous** and any suggestion of engaging with zionists is considered norming the abuser.

**Organizations may claim a humanitarian approach** but must be examined for their funders, as many who claim to uphold Palestinian life do so to identify vulnerable Palestinians to exploit them. Organizations under the umbrella of New Israel Fund and Foundation for Middle East Peace must be referenced carefully with this in mind, as they often reflect normalization agendas.

**Be mindful of safety** for Palestinians in the West should they be interviewed, as they are constantly surveilled, threatened, and blacklisted for any expression. Offer to allow anonymous positions, to blur out their photos, or to use false names to keep them safe from harassment and threats.

**Be mindful of photos and video from actions and protests** as these are often leveraged against Palestinians when they return to Palestine, when applying for jobs or schools, and even when trying to purchase homes. Seek permission before you photograph from organizers or individuals and provide options of safety.



**Glory to the martyrs.
Freedom for the prisoners.
Healing to the wounded.
Disgrace on the traitors.
Victory to the resistance.**



**HTTP://T.ME/PALESTINERESIST**

"Never spread the occupation's propaganda, and do not contribute to instilling a sense of defeat. This must be focused on, for soon, we will start talking about a massive invasion in Beit Lahia and Al-Nusseirat, for example. Never spread panic; be supportive of the resistance and do not spread any news broadcast by the occupation (forget about the ethics and impartiality of journalism; just as the zionist journalist is a fighter, so are you)."

**BASIL AL ARAJ**



The **Resistance News Network** shares this collaborative and unified guidance by Palestinian grassroots media organizers to leaders, organizations, media outlets, as well as organizations and individuals standing in solidarity to critically and accurately convey a consistent line regarding the current events in occupied Palestine.

This undertaking is in response to requests from industry reporters, editors, and producers who are seeking resources and authentic Palestinian perspectives. Industry reporters have access to a list of Palestinian sources, and these are underutilized for clear reasons of slanted propaganda. Hence if the below are not conveyed in the coverage of events in occupied Palestine, it is safe to ascertain the positionality of that media platform. This is not an exhaustive list of guidelines and resources, and **RNN** expects these recommendations to evolve as events evolve.

# Section 1: Operation Al-Aqsa Flood and the Broader Context

**Remember the broader context of Operation Al-Aqsa Flood** as an event that manifested from prior conditions, namely, that: it comes from the Joint Operations Room in Gaza that is composed of many different factions, religions, and political ideologies yet united in principles of liberation, goals, and tactics. This Joint Operations Room is accountable to a transnational formation called the Unity of the Fields. The conditions of Gaza and all Palestinians in the camps throughout the West Bank, Lebanon, Syria, and Jordan, as well as those exiled, is manifested by over a century of settler colonialism that the United Kingdom and the United States have supported alongside NATO, the European Union, and others.

**The Joint Operations Room has constantly warned** against zionist violence, abduction of hostages, sieges, murder, and other atrocities for years now that have afflicted people throughout occupied Palestine, while the Unity of the Fields has amplified these warnings as people in Lebanon, Syria, Iraq, Iran, Armenia, and elsewhere have also been attacked by zionists. Despite these warnings, zionist leaders have continued their violent aggressions.

# Section 2: Palestinian Liberation and the Zionist Entity

**Anti-zionism means the dismantlement of the zionist entity.** Anti-zionism does not mean post zionism, or that the "two sides" are "equal." It is never over until imperialism is over. It is not over until all land, from the river to the sea, has been returned to the indigenous Palestinians and the occupation has been totally dismantled. It is never over until imperialism is over.

**It is referred to as the zionist entity or "israel"**, because it is a colony. The name of Palestine and all of the Palestinian villages are the permanent names and will never be erased. This is how Palestinians refer to their ancestral lands and villages after zionists ethnically cleansed the area in 1948.

**The zionist entity encourages and rewards settlements** with the support of the US, Europe, Ukraine, and elsewhere despite warnings from the Joint Operation Room, with even the U.S. issuing soft statements of staged accountability to the degenerate terms of the Oslo concessions, against the implications of settlement expansion. To Palestinians, the entirety of the zionist entity is a settlement.

**Equality is NOT the cause of Palestinian liberation.** There is no potential equality between the colonized and colonizer. The Palestinian liberation movement seeks the complete return of ancestral homeland and the return of its people to this land. Palestinians do not view this as a movement of "equality," or ending "apartheid". Liberal zionists and their lobbies hope Palestinians buy into this agenda but it is wholly rejected.

**The zionist entity currently holds over 5,000 hostages** in the occupation prisons, including women and children. It tortures them, abuses them, sexually assaults them, withholds medical treatment, trials experimental substances on them, and is slowly murdering them.

# Section 3: Understanding Resistance

**The resistance of Palestinians against violent settler colonialism is valid and it is not the role of any journalist or figure to decry this response, but rather to understand its manifestations.** The right to resist via armed struggle is enshrined in international law (UN Res 45/130). However, it does not need Western law nor institutions for validation as this only centers the role of empire, colonialism, and capitalism. The Palestinian movement for liberation is against these institutions. This movement for self autonomy is inherent to the years long strategic formation of the Joint Operations Room in Gaza, the grassroots resistance throughout the occupied West Bank, the mobilization of Palestinians in historical occupied Palestine, and Palestinians everywhere.

**This is NOT a sudden war.** This is a long and steadfast resistance movement against settler colonialism: The resistance has been consistent since the British invasion of Palestine and onward against settler colonialism.

**The Palestinian Authority is not an official government and does not represent the people.** It is a product of US imperialism and the conciliatory Oslo Accords.

# Section 4: Settler Colonialism and Accountability

**"Israelis" are only victim to their own supremacist free-will and bad choices**: All "israelis" are settlers and as settlers they partake in the risks associated to stealing land and resources. There is no such thing as an innocent settler. Zionists often have dual citizenship and easily enjoy access to the United States, while people in Gaza and the West Bank are trapped behind partition walls, military watchtowers, and surveillance mechanisms. All zionists, with very few exceptions, must serve.

# Section 5: Media Framing and Engagement

**Framing this as Hamas-"israel" is intentional to lend towards Islamophobic campaigns**, which currently have resorted to calling Palestinians "barbaric" and "terrorists," terms that have been used against Palestinians and Arabs throughout their resistance journey. The revival of these terms is indicative of colonial insecurity to frame the native Palestinian as a caricature. The resistance is shoulder to shoulder, from Marxist to Islamist factions, responding to the call of Al-Qassam Brigades' commander-in-chief Mohammed Deif.

**Refuse "both sides" framing, because this is a severe power and resource imbalance**. Zionists have nuclear capabilities and space weaponry and have been gladly selling and sharing this with other repressive movements around the world.

**Framing the victim must center settler colonialism**: Cries of victimhood from zionists and their apologetic allies often arise from their own internal contradictions. A sound journalist must explore these contradictions, whether related to class, identity, or other forms of self interest.

**Framing the hero must center settler colonialism.**

**This has never been a "holy war."**

# NOTES FROM THE RESISTANCE

## REJECT NORMALIZATION OF THE ZIONIST ENTITY AND ITS AGENTS. EMRACE THE THAWABIT AND ALL FORMS OF PALESTINIAN RESISTANCE.

THIS BOOKLET IS PART OF A COORDINATED AND INTENTIONAL EFFORT TO UPHOLD THE PRINCIPLES OF THE THAWABIT AND THE PALESTINIAN RESISTANCE MOVEMENT OVERALL. BY TRANSMITTING THE WORDS OF THE RESISTANCE DIRECTLY, THIS MATERIAL AIMS TO BUILD POPULAR SUPPORT FOR THE PALESTINIAN WAR OF NATIONAL LIBERATION, A WAR WHICH IS WAGED THROUGH ARMED STRUGGLE.

The following speeches, poems and quotes reflect a variety of Palestinian voices and perspectives, and are sourced mostly from Resistance News Network

## THE THAWABIT:

(fundamental principles of the Palestinian struggle created by the PLO in 1977)

- Reject colonialism in all its manifestations,
- Denounce normalization* in all its forms
- Support resistance against the zionist movement by any means necessary,
- Free Palestine from occupation by soldiers and settlers, River to Sea with Al Quds as her capital,
- Secure right of return for all Palestinians,
- Preserve Palestinian self-determination and self autonomy.

### DWALIDALWAWI ON THE THAWABIT

To be principled:

- is to understand that an action's efficient is solidly intertwined with the non-negotiable state of the principles in which the action is rooted
- is to be a potent and efficient cog in the machinery of liberation that can only work in unity and on a solid foundation
- is to uphold the Thawabit at **all costs** and call out any individual who tries to compromise their validity

he oppressor seeks to compromise our Thawabit by funding unprincipled individuals normalizers" who infiltrate our circles and blur our vision for justice towards accepting nd normalizing our oppressor.

- **"normalization:** validating the zionist colony's existence by endorsing or collaborating with an individual, group, entity or ideology that represents any form of "israeli" aspirations or sentiments,

ormalizers instill a sense of hopelessness that immobilizes and pushes us to ompromise on our demands... Spot the flags:

- Portraying Palestinians as weak, emphasizing suffering over resilience,
- Utilizing defeatist language to instill helplessness and provoke sympathy rather than action
- condemning armed resistance to shame Palestinians into suffering and silence
- Emphasizing western identity politics to distract from the unified goal of our liberation
- Adopting two-state terminology for Palestinian land (E.g. W/E Jerusalem instead of occupied Jerusalem, "Tel Aviv" instead of occupied Yaffa

## DEPUTY HEAD OF HAMAS SHEIKH SALEH AL-AROURI ON DAY 1 OF THE AL-AQSA FLOOD OPERATION

07 OCT 2023

What started is not just an operation, but a battle that will expand, escalate, and deepen.

The battle has a goal: the freedom of our people and the liberation of our sanctities. Therefore, the battle continues, escalates, until achieving the victory with the deserved freedom of our people.

We will not continue to accept the desecration of our sanctities, or the imprisonment of our prisoners in jails, or the continued siege of Gaza.

What we have in our hands will free all the prisoners from the occupation jails.

There is a large number of "israeli" captives, and there are senior officers among the captives. The battle is still at its peak, and the freedom of our captives in prisons is imminent.

We captured senior officers from the occupation army, and we will capture more until the prisons are emptied.

The resistance is prepared for the worst scenarios, including a ground invasion. An "israeli" ground invasion would be the best scenario for us to settle the conflict against the enemy,

We have information that the occupation army was preparing, after the holidays, to launch a major aggression against our people in the West Bank and Gaza. The battle is coming, and the aggression began with the desecration of the sanctities and the enemy's intention to attack Gaza and the West Bank.

We are ready to defend the dignity and freedom of our people.

We hope that the resistance will cover all of Palestinian land, and God willing, there will be effective solidarity and a strong stance from both the Arab and Muslim nations.



## HONOR OUR MARTYRS

SALEH AL-AROURI FREEDOM FIGHTER & HERO
1966-2024
ASSASSINATED IN BEIRUT BY A TARGETED IDF DRONE STRIKE ON JAN 2, 2024.

"I hope the media stops showcasing the palestinian as someone begging for the world's sympathy, prayers and money. I hope they portray us as freedom fighters in order to gain fighters and partners in the struggle"

**- Ahed Tamimi**





# FREE AHMAD SA'ADAT!

Born in 1953, Ahmad Sa'adat is a giant in the Palestinian political struggle. Sa'adat joined the Palestinian national movement in the late-60s as a young student. In 2001, after decades of fighting and being subject to imprisonment numerous times, Sa'adat was elected Secretary-General of the Marxist-Leninist Popular Front for the Liberation of Palestine (PFLP)—a group that has counted the likes of Leila Khaled and Ghassan Kanafani amongst its ranks. In 2002, Sa'adat was abducted by the Palestinian Authority (PA), a political mechanism that exists to acquiesce and collaborate with the Zionist enemy while fraudulently presenting itself as the rightful "representative" of the Palestinian people. Several years later, in 2006, Sa'adat, alongside a number of other prisoners, were kidnapped from a Jericho prison by

today, Sa'adat is serving a life sentence. However, he remains steadfast, as he regularly expresses solidarity with the ongoing struggle, lending his support to other prisoners, such as Georges Abdallah, whom he refers to as "the general of PFLP prisoners." The Zionist enemy does not want to see the day Sa'adat is liberated, for it would change the entire political landscape of Palestine— bringing the Zionists ever closer to extinction. But we know Sa'adat, alongside 11,000 other Palestinians being held in Zionist prisons, will soon return home. Long live Ahmad Sa'adat! Long live the PFLP! Long live the Palestinian armed resistance!





## Spread the word!

**RESISTANCE NEWS NETWORK is** delivering the truth of Palestinian resistance to an audience far and wide. Tell your friends, family, and comrades to join RNN for high quality, live resistance news and analysis in English.





### ISLAMIC RESISTANCE MOVEMENT - HAMAS

IN THE NAME OF ALLAH, THE MOST GRACIOUS, THE MOST MERCIFUL

A CALL TO OUR ARAB AND ISLAMIC NATION AND THE FREE PEOPLE OF THE WORLD: LET US ALL UNITE WITH GAZA AND PALESTINE UNTIL THE AGGRESSION STOPS.

In the face of the continued Nazi occupation's genocide and the horrific massacres committed by the zionist occupation over two months against more than two million Palestinian citizens, we call upon the masses of our Arab and Islamic nation, its scholars, men, institutions, and active forces to come out in roaring crowds tomorrow, Friday, and all the coming days in every city, capital, and square, to actively participate in solidarity marches and demonstrations with our people in the Gaza Strip, pressuring for the introduction of relief, humanitarian, and medical aid to all parts of the Gaza Strip, and to stop the zionist aggression against defenseless innocents.

We also renew our invitation to the free people and those with living consciences around the world to continue and escalate their global public movement, rejecting the occupation's crimes, in solidarity with our people and their just cause and legitimate struggle, calling for an end to the aggression and the genocide against children, women, and civilians. Let us all unite tomorrow, Friday, and in the coming days, expressing our solidarity with Gaza and Palestine, against the crimes of the occupation, until the aggression stops.

*07 DEC 2023*



"WE WILL EMERGE UPON YOU FROM WHERE YOU LEAST EXPECT IT."

AL-AQSA MARTYRS' BRIGADES



... IS ENSHRINED IN LAW. COLONIZED PEOPLES REQUIRE UNQUESTIONABLE AND UNCONDITIONAL SUPPORT TO FIGHT FOR THEIR RIGHTS, REGARDLESS OF WHAT INTERNATIONAL LAW DICTATES.

PALESTINIANS HAVE BEEN RESISTING SINCE BEFORE THE NAKBA OF 1948, AND THEY CONTINUE TO RESIST.

## THE EVOLUTION OF RESISTANCE

Armed, united brigades like the Lions' Den and Jenin Brigade carry out resistance activity daily across Palestine (Jenin, Nablus, Tulkarem, Ramallah, Bethlehem, Al-Khalil, and elsewhere), targeting colonial checkpoints and settlers. Driven by their love for liberation and dignity, these groups have massively expanded since the Unity Intifada of 2021; a new model of resistance has emerged characterized by blurred factional lines, self-sacrifice, and commitment to national values.

## UNITY MEANS LIBERATION:

Palestinian resistance factions are more unified than ever through the Joint Operations Rooms in Gaza and Jenin. Today, they wage the struggle for liberation under the Palestinian flag first, coordinating joint armed and rocket attacks on zionist settlements. The fields have united, with Gaza, the West Bank, the occupied interior, the refugee camps in Syria and Lebanon, and the diaspora at large confronting zionism and the occupation as one heart.

## ARMED RESISTANCE IS INCREASING:

As zionist aggression escalates, so too does the desire for Palestinians to live with freedom and dignity on their liberated homeland from the river to the sea. Shooting operations have quadrupled since 2021, owing to the new model of resistance forged in the West Bank working hand-in-hand with Gaza. Over 2,300 rockets have been launched from all fronts since last year.

## CRACKS IN THE FRAGILE ENTITY:

As a consequence of heightened resistance, billions of dollars have been withdrawn from the zionist entity in the last six months. Settlers and investors no longer believe in the future of zionism. Hundreds of thousands have left and plan to never settle in Palestine again. Zionist applications for foreign passports have skyrocketed 10-30% this year. The zionist entity continues to fracture under the weight of its own contradictions.

## DIASPORIC RESISTANCE:

Direct action from Palestinians and allies abroad, such as by Palestine Action, has led to the closure of multiple zionist weapons factories and a five-year-low in Elbit's stock price. Rocket fire from Lebanon and Syria to support resisting Palestinians in Palestine reaffirms the unity of the fields. Cyberattacks targeting the entity from outside have significantly increased.

## THE COMPRADOR ENEMY:

The US- and zionist-backed Palestinian Authority has escalated its efforts to repress the growing resistance. Despite these efforts, the resistance grows daily, proving that no normalizing and traitorous "security summits" can halt the indomitable tide of liberation.

## MORE THAN JUST "APARTHEID":

The liberation struggle seeks to end the zionist settler-colonial project of "israel."
We are not satisfied with co-existence or ending "apartheid," a symptom of settler colonialism. Ending apartheid does not mean ending occupation. Liberate the land, from the river to the sea!

*SHOOTING OPERATIONS: 285 IN 2022.*

300
200
100
0

2019   2020   2021   2022

PLUG IN. WITNESS THE LIBERATION OF PALESTINE, ONE INCH AT A TIME, FROM THE RIVER TO THE SEA. RNN IS A LENS INTO THE ONGOING LIBERATION STRUGGLE THAT SEEKS TO LIBERATE THE LAND OF SETTLERS TRAITORS, AND THREATS TO LIBERATION.

## RESISTANCE NEWS NETWORK
## T.ME/PALESTINERESIST

RNN IS A LENS INTO THE ONGOING LIBERATION STRUGGLE THAT SEEKS TO LIBERATE THE LAND OF SETTLERS, TRAITORS, AND THREATS TO LIBERATION.

**DID YOU KNOW...**