IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | No. 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION TO STRIKE AND SEAL
EXHIBIT BB TO ECF NO. 32-11 AND EXHIBIT I TO ECF NOS. 32-6 AND 31-4,
AND TO FILE CORRECTED ATTACHMENTS**

Defendants move the Court to strike and seal portions of ECF Nos. 32-6, 32-11, and 31-4, and to replace those stricken and sealed pages with corrected attachments. Defendants inadvertently filed the wrong attachment as Exhibit BB to ECF No. 32-11, which they would like to replace with a corrected filing. Additionally, by agreement with Plaintiffs' counsel, Defendants submit a version of Exhibit I to ECF Nos. 32-6 and 31-4 that redacts the names of students at UT Austin to preserve their anonymity at this juncture. Plaintiffs are not opposed to this motion.

Accordingly, Defendants first ask the Court to strike Exhibit I to *Declaration of Katie McGee* (i.e., pages 72 to 85 of ECF Nos. 32-6 and 31-4), and Exhibit BB to *Declaration of Shane Streepy* (i.e., pages 58 to 70 of ECF 32-11), and to direct the docket clerk to seal those pages. Second, Defendants request that the Court direct the docket clerk to replace pages 72 to 85 of ECF Nos. 32-6 and 31-4 with **Corrected Attachment I to Declaration of Katie McGee**, attached to this motion as Exhibit A,

and to replace pages 58 to 70 of ECF 32-11 with **Corrected Attachment BB to Declaration of Shane Streepy**, attached to this motion as Exhibit B

Dated:  August 20, 2024                                          Respectfully submitted,
        Austin, Texas

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Cole P. Wilson*<br>**COLE P. WILSON**<br>Assistant Attorney General |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Attorney-in-charge<br>Texas State Bar No. 24122856<br>Cole.Wilson@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **TODD DICKERSON**<br>Assistant Attorney General |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | Texas State Bar No. 24118368<br>Todd.Dickerson@oag.texas.gov |
| **KIMBERLY GDULA**<br>Chief, General Litigation Division | Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1309 \| Fax: (512) 320-0667 |
| **RYAN WALTERS**<br>Chief, Special Litigation Division | **JACOB E. PRZADA**<br>Special Counsel<br>Texas State Bar No. 24125371<br>Jacob.Przada@oag.texas.gov |
| | Office of the Attorney General<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 |
| | **Counsel for Defendants** |

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred regarding the relief requested in this motion, and that Plaintiffs are unopposed.

*/s/ Cole P. Wilson*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on August 20, 2024, using the Federal Court CM/ECF system.

*/s/ Cole P. Wilson*