IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

STUDENTS FOR JUSTICE IN
PALESTINE, AT THE UNIVERSITY OF
HOUSTON *et al.*,

    Plaintiffs,

v.                                                                          Case No. 1:24-cv-00523

GREG ABBOTT *et al.*,

    Defendants.

_____/

**MOTION BY MIDDLE EAST FORUM
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Rule CV-7, Middle East Forum ("**MEF**") respectfully requests leave to file a short *amicus curiae* brief in support of Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction ("Defendants' Response"). The proposed brief is attached as **Exhibit 1**. Defendants consent to the filing of this brief.

This Court has "broad discretion to permit the filing of an amicus brief." *Cina v. Cemex, Inc.*, 4:23-cv-00117, 2023 WL 5493814, at * 1 (S.D. Tex. Aug. 17, 2023). Where the proffered information is "timely and useful or otherwise necessary to the administration of justice," leave should be granted to consider "insight on the issues presently" before the Court. *See id*. and *Does 1-7 v. Round Rock Indep. Sch. Dist.*, 540 F. Supp. 2d 735, 739 n.2 (W.D. Tex. 2007) ("Furthermore, the Court has discretion to consider 'amicus' briefing where 'the proffered information is 'timely and useful' or otherwise necessary to the administration of justice.'" Internal citations omitted.). Both factors are met here.

1

MEF is a think tank that promotes American interests in the Middle East and protects Western values from Middle Eastern threats. MEF has multiple projects that touch on the subject matter of the instant litigation. For example: (1) Campus Watch, which is focused on reviewing and critiquing the intellectual roots of bias in the Middle East, studies programs on college campuses and aims to improve overall education about the Middle East; and (2) Islamist Watch Project, which, while identifying and promoting the work of moderate Muslims, exposes the radicalizing impact of domestic lawful Islamist networks. The proper resolution of this case is a matter of utmost concern to MEF because it touches on not only MEF's core mission, but its aims as they relate to universities and society at large.

MEF's expertise in this area provides MEF with the unique capacity to provide a more comprehensive understanding of relevant facts rendering Executive Order No. GA-44 ("**Executive Order**") necessary, appropriate, and the least restrictive means to protect public universities from outside forces, including terrorist organizations and nation-state proxies, that misuse school and community organizations to foment chaos and hijack institutions.

MEF's brief is timely, because it is filed within seven (7) days of Defendants' Response. *See, e.g.,* Fed. R. App. P. 29(a)(6) ("An amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed"). No party will be prejudiced by its filing.

For the foregoing reasons, MEF respectfully requests that this Honorable Court grant this motion, and accept for filing MEF's proposed *amicus curiae* brief, attached as **Exhibit 1** to this Motion.

Date: August 26, 2024					Respectfully submitted:

							DOW GOLUB REMELS & GILBREATH, PLLC


							_____*/s/ Keith M. Remels*_____
							Keith M. Remels
							Texas Bar Number 16765800
							2700 Post Oak Blvd., Suite 1750
							Houston, Texas 77056
							Kremels@dowgolub.com
							713.526.3700

							BERG PLUMMER
							& JOHNSON, LLP

						By:	_____*/s/ Geoffrey Berg*_____
							Geoffrey Berg
							Texas Bar No. 00793330
							3700 Buffalo Speedway, Suite 1150
							Houston, Texas 77098
							gberg@bergplummer.com
							713-526-0200 (tel)
							832-615-2665 (fax)


OF COUNSEL:

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

Jeffrey M. Schwaber
jschwaber@steinsperling.com
Deanna L. Peters
dpeters@steinsperling.com
1101 Wootton Parkway, Suite 700
(301) 340-2020

*Attorneys for Middle East Forum*

## LOCAL RULE CV-7(G) CERTIFICATE

The undersigned certifies that counsel for MEF has attempted to confer with counsel for both Plaintiffs and Defendants. Defendants consent to the filing of MEF's amicus brief. Plaintiffs' counsel did not respond to MEF's attempt to obtain consent to the filing of MEF's amicus brief.

Date: August 26, 2024                    Respectfully submitted:

DOW GOLUB REMELS & GILBREATH, PLLC

/s/ Keith M. Remels
Keith M. Remels
Texas Bar Number 16765800
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Kremels@dowgolub.com
713.526.3700

BERG PLUMMER
& JOHNSON, LLP

By:      /s/ Geoffrey Berg
Geoffrey Berg
Texas Bar No. 00793330
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098
gberg@bergplummer.com
713-526-0200 (tel)
832-615-2665 (fax)

OF COUNSEL:

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

Jeffrey M. Schwaber
jschwaber@steinsperling.com
Deanna L. Peters
dpeters@steinsperling.com
1101 Wootton Parkway, Suite 700
(301) 340-2020

*Attorneys for Middle East Forum*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 26, 2024, a copy of the above was served on all parties of record via CM/ECF.

*/s/ Keith M. Remels*
Keith M. Remels

21177773_1