IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON, et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:24-CV-523-RP |
| GREG ABBOTT, *in his official capacity only as the Governor of the State of Texas*, et al., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Unopposed Motion To Strike, Seal, And Supplement The Record On Dkt. 35, (Dkt. 42), and Defendants' Unopposed Motion to Strike, Seal, and Supplement the Record on Dkt. 36, (Dkt. 43). In the motions, which are Defendants' fourth and fifth attempts to correct these exhibits, (*see* Dkts. 33, 35, and 36), Defendants seek the Court's leave to strike and seal certain exhibits because the personal email address of a non-party inadvertently left visible in the Declaration of Katie McGee. Plaintiffs are unopposed to Defendants' requests.

Accordingly, **IT IS ORDERED** that Defendants' Unopposed Motion To Strike, Seal, And Supplement The Record On Dkt. 35, (Dkt. 42), is **GRANTED**.

**IT IS FURTHER ORDERED** that Dkt. 31-6 is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEAL** Dkt. 31-6.

**IT IS FURTHER ORDERED** that Dkt. 35-1 is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEAL** Dkt. 35-1.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SUPPLEMENT** the motion to dismiss, (Dkt. 31), by **ATTACHING** the Second Corrected Exhibit, (Dkt. 42-1).

**IT IS FURTHER ORDERED** that Defendants' Unopposed Motion to Strike, Seal, and Supplement the Record on Dkt. 36, (Dkt. 43), is **GRANTED**.

**IT IS FURTHER ORDERED** that Dkts. 32-12 and 32-13 are **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEAL** Dkts. 32-12 and 32-13.

**IT IS FURTHER ORDERED** that Dkts. 36-1 and 36-2 are **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEAL** Dkts. 36-1 and 36-2.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **SUPPLEMENT** the response to the preliminary injunction motion, (Dkt. 32), by **ATTACHING** the Second Corrected Exhibits, (Dkts. 43-1 and 43-2).

Lastly, the Court strongly urges the parties to take care in proofreading their filings and exhibits before submitting them on the docket. The Court understands the importance of ensuring that sensitive material is not inadvertently made public, but as a matter of course, the Court does not allow parties unlimited opportunities to correct such errors. Given that Defendants have filed five subsequent motions, (Dkts. 33, 35, 36, 42, and 43), to correct these exhibits, the Court may deny future attempts to amend or correct.

**SIGNED** on August 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE