IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Students for Justice in Palestine, at the University of Houston**, et al, <br><br> Plaintiffs, <br><br> v. <br><br> **Greg Abbott**, in his official capacity only as the Governor of the State of Texas, et al. <br><br> Defendants. | Case No. 1:24-cv-00523-RP <br><br> Hon. Judge Robert Pitman |

### NOTICE OF VOLUNTRY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that Defendants UH System Board of Regents, Rene Khator, and University of Texas System Board of Regents, in their individual capacities only, are dismissed without prejudice from this action. Plaintiffs emphasize that they are not dismissing any of these Defendants in their official capacity.

Dated: September 4, 2024

Respectfully submitted,

/s/Lena Masri
Lena Masri
Gadeir Abbas*
Justin Sadowsky
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave SE
Washington, D.C. 20003
T: (202) 488-8787
ldf@cair.com

John T. Floyd Law Firm
By: /s/ John T Floyd
Texas Bar No. 00790700

/s/ Chris Choate
Texas Bar No. 24045655

River Oaks Tower
3730 Kirby Dr., Suite 750
Houston, TX 77098
Tel: 713-224-0101
Fax: 713-237-1511

*Licensed in VA, practice limited to federal matters

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record on September 4, 2024, using the Federal Court CM/ECF system.

*/s/ Lena Masri*
Lena Masri