IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-523-RP |
| TILMAN FERTITTA, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Jacob Przada as Counsel for Defendants. (Dkt. 68). Mr. Przada seeks to withdraw as counsel because he no longer works for the Office of the Attorney General of Texas. (*Id.* at ¶ 2). Defendants will continue to be represented by counsel; Assistant Attorney General Cole P. Wilson remains lead counsel for Defendants. (*Id.* at ¶ 3). Accordingly, **IT IS ORDERED** that Defendants' motion, (Dkt. 68), is **GRANTED**.

**SIGNED** on December 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE