IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS AUSTIN
DIVISION

| | | |
|---|---|---|
| <u>Students for Justice in Palestine at the University of Houston, et al.</u>, | § § § | |
| PLAINTIFF(S) | § § | |
| V. | § § | CIVIL ACTION NO. 1: 24-CV-00523-RP |
| <u>Tilman Fertitta, et al.</u>, | § § | |
| DEFENDANT(S) | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Students for Justice in Palestine at the University of Texas at Dallas and Students for Justice in Palestine at the University of Houston hereby dismiss all claims against Defendants, *with prejudice* from the above captioned case pursuant to FRCP 41(a)(1)(A)(ii).

Gadeir Abbas, *Attorney for Plaintiffs*

Defendants

Cole P. Wilson
Counsel for Defendants

*Plaintiff SJP UTD*

*Plaintiff SJP UH*

Signed by:
SJPUH
D92D01482650AF3

*Plaintiff PSC UTA*

Signed by:
PSC_ATX
9AFE866AGD9G45A

*Plaintiff DSA UTSA*

Signed by:
DSA UTSA
AA185CC185RD458

**CERTIFICATE OF SERVICE**

We hereby certify that on this 12th day of February 2025, we electronically filed the foregoing with Clerk of Court using the CM/ECF system, which caused a notification of the filing to be sent to all CM/ECF participants.

Dated: February 12th, 2025

Respectfully submitted,

Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir I. Abbas (VA 81161)*
gabbas@cair.com
Justin M. Sadowsky (VA 73382)
jsadowsky@cair.com
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, D.C. 20003
202-742-6420

Attorneys for Plaintiffs

*Admitted in VA only; practice limited to federal matter