IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, AT THE UNIVERSITY OF HOUSTON, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-523-RP |
| TILMAN FERTITTA, et al., | § § § § | |
| Defendants. | § | |

**CORRECTED ORDER**

On February 13, 2025, the Court closed this case, (Dkt. 74), based on the submission of the parties at Docket Entry No. 73, which was signed by all parties and submitted by all Plaintiffs. In light of the Plaintiffs' representations that they did not intend to dismiss all Plaintiffs from the case, the Court enters this corrected order.

Plaintiffs Students for Justice in Palestine at the University of Texas at Dallas and Students for Justice in Palestine at the University of Houston dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 73). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Plaintiffs Democratic Socialists of America and Palestine Solidarity Committee at the University of Texas at Austin remain parties in this action.

Accordingly, **IT IS ORDERED** that the case is **REOPENED**.

1

**IT IS FURTHER ORDERED** that Students for Justice in Palestine at the University of Texas at Dallas and Students for Justice in Palestine at the University of Houston are terminated as parties.

**SIGNED** on February 13, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE