IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| <u>Students for Justice in Palestine at the University of Houston, et al.</u>,<br><br>Plaintiff(s),<br><br>v.<br><br><u>Tilman Fertitta, et al.</u>,<br><br>Defendant(s). | 1:24-CV-00523-RP |

**NOTICE OF CONSENT TO DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

On February 18, 2025, Defendants filed a Motion for entry of Protective Order with this Court pursuant to Federal Rule of Civil Procedure 26(c). Defendants sought to ensure confidentiality of student information entitled to protection under the Family Educational and Privacy Act (FERPA), as well as "other sensitive information." Originally, Plaintiff's opposed the protection order as it would have applied to "other sensitive information."

Plaintiffs no longer oppose the order. Plaintiffs hereby consent to the implementation of a Defendants' proposed protective order.

2

| | |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted, |
| | Lena F. Masri (VA 93291) |
| | lmasri@cair.com |
| | Gadeir I. Abbas (VA 81161)* |
| | gabbas@cair.com |
| | Justin M. Sadowsky (VA 73382) |
| | jsadowsky@cair.com |
| | CAIR Legal Defense Fund |
| | 453 New Jersey Ave. SE |
| | Washington, D.C. 20003 |
| | 202-742-6420 |

## CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy of the foregoing document was served through ECF, on this 12th day of March 2025, to:

| | |
|---|---|
| COLE P. WILSON<br>Assistant Attorney General<br>Attorney-in-charge<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capital Station<br>Austin, Texas 78711-2548<br>Tel: (512) 936-1309<br>Email: Cole.wilson@oag.texas.gov | TODD DICKERSON<br>Assistant Attorney General<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capital Station<br>Austin, Texas 78711-2548<br>Tel: (512) 936-1309<br>Email: Todd.dickerson@oag.texas.gov |

Dated: March 12, 2025

Respectfully submitted,

Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir I. Abbas (VA 81161)*
gabbas@cair.com
Justin M. Sadowsky (VA 73382)
jsadowsky@cair.com
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, D.C. 20003
202-742-6420

Attorneys for Plaintiffs

*Admitted in VA only; practice limited to federal matter.