IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF HOUSTON**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **TILMAN FERTITTA**, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § | No. 1:24-CV-523-RP |

### DEFENDANTS' UNOPPOSED MOTION TO AMEND CASE CAPTION

Defendants file this unopposed motion to amend the case caption to reflect the substitution of an official-capacity defendant and removal of two plaintiffs who have dismissed all their claims with prejudice against all Defendants (Dkts. 73–75).

1. Plaintiffs filed their Amended Complaint on July 2, 2024 (Dkt. 20), naming University of Texas at Austin ("UT Austin") President Jay Hartzell as a Defendant.

2. Defendant Jay Hartzell has been selected to be the next president of Southern Methodist University.

3. On February 19, 2025, James E. Davis became UT Austin's Interim President.

4. Under Federal Rule of Civil Procedure 25(d), Interim President Davis is automatically substituted as the official-capacity Defendant in place of Defendant Hartzell.

5. The undersigned conferred with Plaintiffs' counsel regarding amending the case caption to reflect this substitution, as well as the removal of Students for Justice in Palestine at the

University of Houston and Students for Justice in Palestine at the University of Texas at Dallas from the caption. Plaintiffs' counsel is unopposed to these amendments.

## CONCLUSION AND PRAYER

Defendants respectfully request that the Court amend the case caption to reflect these changes.

Dated: April 1, 2025                                       Respectfully submitted,
       Austin, Texas

**KEN PAXTON**                                              **KIMBERLY GDULA**
Attorney General of Texas                                   Chief, General Litigation Division

**BRENT WEBSTER**                                           */s/ Cole P. Wilson*
First Assistant Attorney General                            **COLE P. WILSON**
                                                            Attorney-in-charge
**RALPH MOLINA**                                            Texas State Bar No. 24122856
Deputy First Assistant Attorney General                     Cole.Wilson@oag.texas.gov

**AUSTIN KINGHORN**                                         **TODD DICKERSON**
Deputy Attorney General for Civil Litigation                Texas State Bar No. 24118368
                                                            Todd.Dickerson@oag.texas.gov

                                                            Assistant Attorneys General
                                                            Office of the Attorney General
                                                            General Litigation Division
                                                            P.O. Box 12548, Capitol Station
                                                            Austin, Texas 78711-2548
                                                            (512) 936-1309 | Fax: (512) 320-0667

                                                            *Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that the parties conferred regarding the relief requested in this motion, and that Plaintiffs are unopposed to the relief requested herein.

/s/ *Cole P. Wilson*

**CERTIFICATE OF SERVICE**

I certify that a copy of the document above was served on all counsel of record who have entered an appearance on April 1, 2025, using the Federal Court CM/ECF system.

/s/ *Cole P. Wilson*