IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Democratic Socialists of America, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Tilman Fertitta, et al., <br><br> Defendants. | No. 1:24-CV-00523-RP |

## MOTION TO WITHDRAW AS ATTORNEY

In accordance with Local Rule AT-3, Justin Sadowsky, Esq. of the CAIR Legal Defense Fund, hereby moves to withdraw his appearance as one of the attorneys of record for the Plaintiffs in this matter. As of April 21st, 2025, Mr. Sadowsky will no longer be employed by the CAIR Legal Defense Fund. Lena F. Masri, Esq. and Gadeir I. Abbas, Esq. will remain attorneys of record for the Plaintiffs.

**CERTIFICATE OF SERVICE**

I hereby certify that that a true and correct copy of the foregoing document was served through email, on this 9th day of April 2025, to:

| | |
|---|---|
| COLE P. WILSON | TODD DICKERSON |
| Assistant Attorney General | Assistant Attorney General |
| Attorney-in-charge | Office of the Attorney General |
| Office of the Attorney General | General Litigation Division |
| General Litigation Division | P.O. Box 12548, Capital Station |
| P.O. Box 12548, Capital Station | Austin, Texas 78711-2548 |
| Austin, Texas 78711-2548 | Tel: (512) 936-1309 |
| Tel: (512) 936-1309 | Email: Todd.dickerson@oag.texas.gov |
| Email: Cole.wilson@oag.texas.gov | |

Dated April 9, 2025

Respectfully submitted,

**CAIR LEGAL DEFENSE FUND**

BY:     /s/ Justin Sadowsky
JUSTIN SADOWSKY (DC: 977642)
jsadowsky@cair.com
LENA F. MASRI (DC: 1000019)
lmasri@cair.com
GADEIR I. ABBAS (VA: 81161)#
gabbas@cair.com
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

*Attorneys for Plaintiffs*

*# Licensed in VA, not in DC. Practice limited to federal matters.*