IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEMOCRATIC SOCIALISTS OF AMERICA**, *et al.*, | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | No. 1:24-CV-523-RP |
| **TILMAN FERTITTA**, *et al.*, | | |
| *Defendants.* | | |

## DEFENDANT JAMES E. DAVIS'S DESIGNATION OF TESTIFYING EXPERTS

Defendant James E. Davis, in his official capacity as Interim President for the University of Texas at Austin, hereby designates the following witnesses as testifying experts in this case:

1. **Shane Streepy**
2. **Christopher Miller**

Defendant has separately provided additional information to Plaintiffs regarding these witnesses' areas of specialized knowledge and anticipated testimony.

Dated: April 14, 2025
    Austin, Texas

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ *Cole P. Wilson*
**COLE P. WILSON**
Attorney-in-charge
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

**TODD DICKERSON**
Texas State Bar No. 24118368
Todd.Dickerson@oag.texas.gov

Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that a copy of the document above was served on all counsel of record who have entered an appearance on April 14, 2025, using the Federal Court CM/ECF system.

/s/ <u>Cole P. Wilson</u>