IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| <u>Democratic Socialists of America</u>, *et al.*, | |
| Plaintiffs, | |
| v. | No. 1 :24-CV-00523-RP |
| <u>Tilman Fertitta</u>,*et al.*, | |
| Defendants. | |

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiff Palestine Solidarity Committee for the University of Texas at Austin hereby dismisses all claims against all Defendants, with prejudice, in the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff Democratic Socialists of America hereby dismisses any remaining claim it has against the University of Houston Defendants,[1] with prejudice, in the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

With this stipulation, the parties' February 12, 2025 stipulation (Dkt. 73), and the Court's October 28, 2024 order (Dkt. 62), the only remaining claim in this lawsuit is Claim I in the Amended Complaint (Dkt. 20, pp. 20–23) by Plaintiff Democratic Socialists of America against Defendants University of Texas at San Antonio President Taylor Eighmy in his

---

[1] The "University of Houston Defendants" includes Dr. Renu Khator in her official capacity as President of the University of Houston and Chancellor of the University of Houston System, and the members of the University of Houston System Board of Regents: Tilman Fertitta, Alonzo Cantu, John A. McCall Jr., Beth Madison, Ricky Raven, Jack B. Moore, Tammy D. Murphy, and Gregory C. King.

1

official capacity and the members of the University of Texas System Board of Regents in their official capacities.[2]

This stipulation moots Defendants' motion for judgment on the pleadings (Dkt. 83), which sought dismissal of (a) any remaining individual-capacity claims and (b) any remaining claims against the University of Houston Defendants.

The parties also ask the Court to update the caption in accordance with this stipulation.

| | |
|---|---|
| _____<br>Gadeir Abbas<br>*Counsel for Plaintiffs* | /s/ *Cole P. Wilson*<br>Cole P. Wilson<br>*Counsel for Defendants* |

---

[2] The members of the University of Texas System Board of Regents are Kevin Eltife, Janeice Longoria, James C. Weaver, Christina Melton Crain, Jodie Lee Jiles, Kelcy L. Warren, Nolan Perz, Stuart W. Stedman, and Robert P. Gauntt.

## CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy of the foregoing document was electronically filed with the foregoing Clerk of Court using the CM/EMF system on this 19th day of May 2025. This document was also served via email to:

COLE P. WILSON
Assistant Attorney General
Attorney-in-charge
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
Tel: (512) 936-1309
Email: Cole.wilson@oag.texas.gov

TODD DICKERSON
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
Tel: (512) 936-1309
Email: Todd.dickerson@oag.texas.gov

Dated: May 19, 2025

Respectfully submitted,

Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir I. Abbas (VA 81161)*
gabbas@cair.com
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, D.C. 20003
202-742-6420

Attorneys for Plaintiffs

*Admitted in VA only; practice limited to federal matters*