IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEMOCRATIC SOCIALISTS OF AMERICA, et al., | § § § § | |
| Plaintiffs, | § § | 1:24-CV-523-RP |
| v. | § § | |
| TILMAN FERTITTA, et al., | § § § | |
| Defendants. | § | |

## ORDER

On May 19, 2025, Plaintiff Palestine Solidarity Committee at the University of Texas at Austin dismissed all claims against all Defendants, with prejudice, by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 86). Plaintiff Democratic Socialists of America dismissed any remaining claims against the University of Houston Defendants[1], with prejudice, also pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.*). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The only remaining claim in this case is Count I in the Amended Complaint (Dkt. 20, at 20–22), by Plaintiff Democratic Socialists of America against Defendants Taylor Eighmy in his official capacity and the members of the University of Texas System Board of Regents in their official capacities.[2]

---

[1] The "University of Houston Defendants" includes Dr. Renu Khator in her official capacity as President of the University of Houston and Chancellor of the University of Houston System, and the members of the University of Houston System Board of Regents: Tilman Fertitta, Alonzo Cantu, John A. McCall Jr., Beth Madison, Ricky Raven, Jack B. Moore, Tammy D. Murphy, and Gregory C. King.

[2] The members of the University of Texas System Board of Regents are Kevin Eltife, Janeice Longoria, James C. Weaver, Christina Melton Crain, Jodie Lee Jiles, Kelcy L. Warren, Nolan Perz, Stuart W. Stedman, and Robert P. Gauntt.

Accordingly, **IT IS ORDERED** that Palestine Solidarity Committee at the University of Texas at Austin, the University of Houston Defendants, and James E. Davis are **TERMINATED** as parties in this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the case caption to reflect the remaining parties.

**SIGNED** on May 20, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE