IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Democratic Socialists of America**, et al,<br><br>Plaintiffs,<br><br>v.<br><br>**Kevin P. Eltife**, et al.<br><br>Defendants. | Case No. 1:24-cv-00523-RP<br><br>Hon. Judge Robert Pitman |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THEIR DEADLINE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND MOTION FOR JUDGEMENT ON THE PLEADINGS**

Plaintiffs move the Court to extend their deadline to file their Motion in Opposition to Defendants' Motion to dismiss by seven days. Undersigned counsel has conferred with Defendants' counsel regarding the relief requested in this motion, and Defendants are unopposed to the motion.

1. Defendants filed their Second Motion for Judgement on the Pleadings (Dkt. 89) on May 29, 2025. Plaintiffs' current deadline to respond is June 12, 2025.

2. Plaintiffs' previously requested an extension of a deadline for one day to file Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 44). This extension was granted.

3. Good cause exists for granting this extension. Plaintiffs' attorneys have the press of other business, including but not limited discovery responses in a case in the Eastern District of Missouri, a dispositive motion in the District of Minnesota, and multiple oppositions.

4. Plaintiffs now request seven days to properly address Defendants' motion.

1

The deadline is currently June 12, 2025. Plaintiffs request the new deadline be set for **June 19, 2025**.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and set Plaintiffs' deadline to Oppose Defendants' Motion to Dismiss for June 19th, 2025.

Dated:  June 10, 2025                                   Respectfully submitted,

/s/Lena Masri
Lena Masri
Gadeir Abbas*
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave SE
Washington, D.C. 20003
T: (202) 488-8787
ldf@cair.com
*Licensed in VA; not in D.C., practice limited to federal matters

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred regarding the relief requested in this motion, and that Defendants do not oppose Plaintiffs' request.

>                         */s/ Lena Masri*
>                         Lena Masri

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on June 10, 2025 using the Federal Court CM/ECF system.

>   */s/ Lena Masri*
>   Lena Masri

4