IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEMOCRATIC SOCIALISTS OF AMERICA, et al., | § § § § | |
| Plaintifs, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| KEVIN P. ELTIFE, et al., | § § § | |
| Defendants. | § § § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The Parties, through their counsel of record, jointly move to amend the Third Amended Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4). In support thereof, the Parties respectfully show the following:

1. The Parties seek to extend the November 20, 2025, dispositive motion deadline in the Third Amended Scheduling Order to provide the Parties with ample time to brief all relevant issues in light of ongoing discovery matters. Due to limited availability and conflicting schedules, the Parties agreed to conduct several depositions outside the discovery period. As the Parties continue to work together to finalize discovery and await the receipt of deposition transcripts, additional time is needed so the Parties may sufficiently incorporate relevant discovery into their dispositive motions.

2. The existing scheduling order is ECF No. 94, which was modified in part by the Court's Text Order Granting ECF 96. The current deadlines are as follows:

   a. ADR Report: November 12, 2025

   b. Dispositive Motions: November 20, 2025

   c. Responses to Dispositive Motions: January 9, 2026

          d.    Replies to Dispositive Motions: January 23, 2026

          e.    Bench Trial: 9:00 a.m. on May 18, 2026

3.    The Parties propose the following dispositive motion deadline and briefing schedule:

          a.    ADR Report: December 15, 2025

          b.    Dispositive Motions: January 20, 2026

          c.    Responses to Dispositive Motions: February 19, 2026

          d.    Replies to Dispositive Motions: March 5, 2026

          e.    Bench Trial: to be re-set by the Court

4.    This matter is set for a Bench Trial commencing 9:00 a.m. on May 18, 2026. In accordance with the Court's October 24, 2025, Text Order, the Parties understand the trial date will need to be moved to allow the Court sufficient time to review dispositive motions before trial. The Parties, therefore, consent to the trial date being moved based on the Court's availability.

5.    Finally, the Parties previously requested, and this Court granted, expansions to the page-limits for dispositive motions. Responses to dispositive motions were expanded to 30 pages and replies to 15 pages, not including the caption, tables of contents and authorities, signatures, and any required certificates. ECF No. 94. The Parties do not seek further modification of these page-limit expansions.

6.    This Motion is not made for purposes of delay and will not prejudice any party. The Parties respectfully request the Court to grant this motion to amend the dispositive motion deadline as described herein.

Dated: October 27, 2025　　　　　　　　　　　　Respectfully submitted,
       Austin, Texas

**KEN PAXTON**　　　　　　　　　　　　　　　　**KIMBERLY GDULA**
Attorney General of Texas　　　　　　　　　　　Chief, General Litigation Division

**BRENT WEBSTER**　　　　　　　　　　　　　　*/s/ Melissa B. Hostick*
First Assistant Attorney General　　　　　　　　**COLE P. WILSON**

| | |
|---|---|
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | Attorney-in-charge<br>Texas State Bar No. 24122856<br>Cole.Wilson@oag.texas.gov |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Civil Litigation | **TODD DICKERSON**<br>Texas State Bar No. 24118368<br>Todd.Dickerson@oag.texas.gov |
| | **MELISSA B. HOSTICK**<br>Texas State Bar No. 24128832<br>Melissa.hostick@oag.texas.gov |

Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Defendants*

**-AND-**

/s/ *Gadeir Abbas*
(*signed with permission*)
Gadeir Abbas*
Lena Masri
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave SE
Washington, D.C. 20003
T: (202) 488-8787
ldf@cair.com
*Licensed in VA; not in D.C., practice limited to federal matters

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the document above was served on all counsel of record who have entered an appearance on October 27, 2025, using the Federal Court CM/ECF system.

/s/ *Melissa B. Hostick*