**FILED**
October 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEMOCRATIC SOCIALISTS OF AMERICA, et al., | § § § § § | |
| Plaintifs, | § § | |
| v. | § § | No. 1:24-CV-523-RP |
| TILMAN FERTITTA, et al., | § § § | |
| Defendants. | § § | |

**FOURTH AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Fourth Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **December 15, 2025**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **October 5, 2025,** and each opposing party shall respond, in writing, on or before **October 6, 2025.** All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **December 30, 2024**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **February 14, 2025**.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve

      on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **March 14, 2025.** Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **April 14, 2025.** All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 11 days from the receipt of the written report of the expert's proposed testimony, or within 11 days from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before **October 13, 2025.**

8. All dispositive motions shall be filed on or before **January 20, 2026**, and shall be limited to 30 pages. Responses shall be filed on or before **February 19, 2026**, and shall be limited to 30 pages. Any replies shall be filed on all other parties not later than **March 5, 2026**, and shall be limited to 15 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial foreach of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

10. This case is set for **bench trial** commencing at 9am on July 27, 2026    . **The Court**

**may set a criminal case and several civil cases for the same trial week. The Court recognizes the inconvenience this may cause counsel and parties if a trial is moved shortly before the trial date, but the Court must balance that inconvenience with its need to effectively deploy limited judicial resources.**

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motion's deadline and the trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

Signed and entered the  28th  day of      October         , 2025.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE