# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Democratic Socialists of America, et al | § | |
| | § | CIVIL NO: |
| vs. | § | AU:24-CV-00523-RP |
| | § | |
| Kevin P. Eltife, Jet al | § | |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, January 11, 2027 at 09:00 AM**.

IT IS SO ORDERED this 30th day of July, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE