IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEMOCRATIC SOCIALISTS OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-523-RP |
| | § | |
| KEVIN P. ELTIFE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This case is set for bench trial starting January 11, 2027 at 9:00 AM. Before the Court is Defendants' unopposed motion to continue the trial date by four months. (Dkt. 116). The Court grants the motion.

**IT IS ORDERED** that this case is reset for bench trial in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, April 12, 2027 at 09:00 AM**.

**SIGNED** on November 5, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE